3-14-05

Dear Clerk of the Court

Civil Case No. 04-921-KAJ

Hello How are you doing I am writing in response to my Civil Case, I am terribly sorry for the inconvenience, which a recent letter was sent to your office in which the wrong civil action case number was given, for which the case is now closed, I would like to request a court docket sheet for the above civil case and to see if my case is moving forward, as an indigent person I am unable to pay the court fee requirement of fifty cents for a copie of the correct civil case in requesting for a court docket sheet pertaining to the above civil action case I Hope this court will grant me a copie. I look forward towards your response.

Sincerely

FILED
MAR 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Vurnis L. Gillis #00180180
Bldg. 23 D-Tier upper #6
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware, 19977