3-16-05

Civil Action No. 04-921-KAJ

Dear Clerk of the Court

inside of manila envelope you will find 6 separate copies which are original going to the Courts for your record and the rest are summons to the Defendants in this Civil Case.
Thank you very much.

FILED
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely

Vurnis L. Gillis #00180180
Bldg. 23 D-Tier upper #6
Delaware Correctional Center
1181 Paddock Road, Smyrna, Del. 19977