ORIGINAL

United States District Court
For the District of Delaware

Vurnis L. Gillis
    Plaintiff

V.                    Civil Action No. 04-921-KAJ

Charles Toliver, et al.,
    Defendants

FILED
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Appointment of Counsel

The Plaintiff, Vurnis Gillis Pursuant to 28 USC § 1915. Request this Court to Appoint Counsel to Represent Him in this Case For the Following Reasons:

1. The Plaintiff is unable to afford counsel.

[1.]

2. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX.

3. THE PLAINTIFF, AS A SEGREGATED AND INCARCERATED INMATE HAS EXTREMELY LIMITED TIME AND ACCESS TO THE LAW LIBRARY.

4. THE PLAINTIFF HAS LIMITED KNOWLEDGE OF THE LAW.

5. THE PLAINTIFF IS CURRANTLY TAKING PSYCHOTROPIC MEDICATIONS WHICH AFFECTS HIS ABILITY TO WRITE AND THINK.

6. THE SERIOUSNESS OF THE PLAINTIFF'S CLAIMS.

Signed **Vurnis L. Gillis Pro-Se**
Address Delaware Correctional Center
Building 23 D- upper #6
1181 Paddock Road
Smyrna Del. 19977

Date 3-16-05

NOTICE OF MOTION

To: _____
ATTORNEY FOR DEFENDANT

Please take notice, that the undersigned will bring the above motion on for hearing before this court at Room _____, United States Court House, 844 North King Street Wilmington, Delaware. 19801, on the _____ day of _____ 2005 at 10:00 A.M. or as soon thereafter as he may be heard.

[3.]

SIGNED: Vurnis L. Gillis Pro-se
Address: Delaware Correctional Center
Building 23 D-upper #6
1181 Paddock Road
Smyrna Del. 19977

DATE: 3-16-05

_____
NOTARY Public

[4.]