ORIGINAL

United States District Court
District of Delaware

Civil Action, File number 04-921-KAJ

Vurnis L. Gillis
   Plaintiff

VS.

Charles Toliver, et al.,
   Defendants

STATE OF Delaware )
COUNTY OF New Castle )

Affidavit in support of the Plaintiffs motion for Appointment of Counsel

Vurnis Gillis, being duly sworn, deposes and says:

1. I am the Plaintiff in the above entitled case. I make this Affidavit in support of my motion for the Appointment of Counsel.

2. The Complaint in this case alleges that the Plaintiff has been subjected to segregation among Psychotic's and Forced psychotropic medications, His mail being obstructed, and Denied medical care for a medical condition he was told he has.

3. This is a complex case because it contains several different legal claims, with each claim involving a different set of Defendants.

4. The case involves medical issues that may require Expert Testimony.

5. THE PLAINTIFF HAS DEMANDED A JURY TRIAL.

6. THE CASE WILL REQUIRE discovery of documents AND depositions of A number of WITNESSES.

7. THE TESTIMONY will BE in sharp Conflict WITH THAT OF THE DEFENDANTS

8. THE PLAINTIFF HAS only A High school EDUCATION AND HAS no legal EDUCATION.

9. THE PLAINTIFF is CURRANTly SEGREGATED ON A mental HEAITH UNIT AND BEING subjected To Psychotropic medications. And NEED ASSISTANCE TO investigate The FACTS, And locate WITNESSES.

10. As SET FORTH in THE MEMORANDUM of LAW submitted with this motion, THESE FACTS, Along with The legal merit of The PLAINTIFFS Claims, support the Appointment of Counsel, To REPRESENT the Plaintiff.

[3.]

WHEREFORE, THE Plaintiffs motion for THE Appointment of Counsel should BE granted.

Vurnis L. Gillis
Vurnis L. Gillis

DATE 3-16-05

SWORN TO BEFORE ME THIS ____ day of ____ 2005

_____
NOTARY Public

[4]