OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 22, 2005

TO:  Vurnis L. Gillis
     SBI #180180
     DCC

   *RE:*   Letter; 04-921 KAJ

Dear Mr. Gillis:

    The Clerk's Office is in receipt of the above referenced letter. Please be advised that as of this date *no service order has been issued*. Therefore, counsel has not yet entered its appearance for defendants in this case.

                                     Sincerely,

/jp

                                     PETER T. DALLEO
                                     CLERK

cc: The Honorable Kent A Jordan; 04-921 KAJ