OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 1, 2005

TO: Vurnis L. Gillis
SBI #180180
DCC

RE: U.S. MARSHAL 285 FORMS

Dear Mr. Gillis:

    A letter has been received by the Clerk's Office requesting U.S. Marshal's service of process forms (USM 285 forms) to accompany the filing a complaint in this Court. Please be advised that these forms are available at the institution at which you are presently incarcerated. USM 285 forms are sent directly from the U.S. Marshal's Office to the institution library upon request from institution officials (when low or out of stock). The institutions generally provide the service forms to an inmate once a service order issues from the Court. Consequently, the Clerk's office does not provide USM Forms 285 in response to individual requests.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan; CA 04-921 KAJ