FILED
MAR 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3-30-05

Civil Action No. 04-921-KAJ

Dear Clerk

Hello how are you doing, I am writing in reference to my civil case which I am in preparation of, I dont have an education in the legal procedures I am directing this question to the clerk, do I need to send any marshall forms to the court for the defendants and if so the Delaware Correctional Center prisons Administrations Law Library is denying me access of these marshall forms unless I show them some form of letter from the courts stating that I need these forms, or else I cant have them which is not right. I would appreciate it if the clerk of the court could send me these forms and assist me in the right direction. All together I have 3 9 defendants. I appreciate your time and effort concerning this matter and I look forward towards your response. Thank you very much.

Sincerely
Mr. Vurnis L. Gillis
Bldg. 23 D-Tier upper #6
Delaware Correctional Center
1181 Paddock Road, Smyrna, Del. 19977