7-18-05

Dear Mr. Judge Kent A. Jordan

FILED

JUL 19 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil Action No. 04-921-KAJ

Hello How Are you doing I am writing in Regard That I am under imminent danger of serious extreme psychological and physical injury due to court order of taking any and all medications and as well as retaliation of a assault and battery by prison staff and Administrative personnel, actually as of How This assault and battery is being committed against me, let me explain in detail, I don't understand the method of this prison Administration, but it constitutes a deliberate indifference on my behalf of cruel and unusual punishment which comply with the unnecessary of wanton infliction of pain, which is in relation to the fourteenth and eighth amendment. As far as behavior modification due to a few assaults on prison staff back in the year of 1986 and 1991 you will soon come to conclude as to why these assaults had happen and what I told,

The psychologist in Relation To The Truth And in other words I was Deemed As Having A mental disorder of Being paranoid And Forced on psychotropic drugs and Tranquilizing medications and what I Told The superior Court state Judge Charlies H. Toliver IV. in 1991 as it was printed in The News papers And He described me As A novel person without realizing He was Assassinating my character, I explained To Him That I was Frame in order To Receive Those Two Assaults on the prison staff By This very own Administration, and I will Further explain and when you Read This your going To acknowledge That There is alot of Truth To what I am saying. Psychiatric Treatment may not be used For disciplinary purposes, nor may psychiatric Confinement or isolation be imposed under degrading or excessively restrictive Conditions all This Has Happen To me, it Constitutes A Violation of my Constitutional Rights proscribed by The Fourteenth and Eighth Amendment For which I am claiming That The Failure of Judge charlies Toliver,

To provide a judicial hearing before
the involuntary administration of
psychotropic medications violated
my due process, under the Equal
Protection, and free speech clauses
of both the federal and state
constitutions, as well as state tort law.
The provisions mandating notice and
the specified hearing rights satisfy
the requirements of a meaningful
opportunity to be heard resolution
of the case requires the state to
discuss the protections afforded me
under the Due Process clause of the
Fourteenth and Eighth Amendment.
It meets the requirements of
Due process as stated in Vitek v. Jones
The court cannot require the state to
administer me medications without me
having a judicial hearing and first
determining my emotional and
mental state by a doctor or to see or
prove I present a serious likelihood
of harm to myself or others which
I am not considered as such, but to
clarify their are other prisoners with
much worser records of prison staff