-4-

assaults than me. It is axiomatic that procedural protections must be examined in terms of the substantive rights at stake. I do not pose as having a disability or a deranged state or happen neither to be a danger, as far as my emotional state the mental anguish as I express the imminent serious danger of extreme psychological and physical injury I am now experiencing not just by the psychotropic medications and tranquilizing injections but a system of infrared scanning devices and biofeedback which is severely torturing me and burning my private parts and eyes mainly, and even a host of more things are being done and not including the medications, I am about to explain further into detail as to how it is a assault and battery by prison staff when they are suppose to take on a code of being correct as correctional officers who are using these devices on me and other prisoners, biofeedback as I am experiencing is a device being used in a negative way where as a technique of seeking to control my emotions by using electronic devices and electrical brain warfare,

to train oneself to modify involuntary body functions, such as heart beat with these machines around the old maximum security unit and the wire running around the prison fence the prison with the infrared scanning device they could scan the surface of the earth, pick up scenes from all over the planet earth or televise them. They can project both thought and three and six dimensional images and of people into their minds with this device and they can destroy at will by simply flicking switches, and extract thoughts from another persons mind or implant thoughts into my mind and others while they are asleep or awoke. On February 24, 1974 Dr. Jose Delgado Director of Neuropsychiatry at Yale University Medical School, had this to say; man does not have the right to develop his own mind, this kind of liberal orientation has great appeal, we must electrically control the brain, someday armies and generals will be controlled by electrical stimulation of the brain and,

actions. Segregation among the mentally ill prisoners would accommodate my rights at cost to valid penological interests and when a patten of practice continues to exist of oppression and suppression as well as repression the nature of this offense by prison staff is cruel and unusual punishment where as it also is dehumanizing and inhumane to denying me the minimal civilized measure of lifes freedom. All due to biological and electromagnetic warfare which is being implemented in order to support the aims of the planetary power structure known as the new world order. The prison administration is also tampering with my federal mail and religious books. I look forward towards your response concerning this matter. Thank you very much for your assistance and time as well as effort in investigating this.

Sincerely
Mr. Vurnis L. Gillis #00180180
Bldg. 23 D-Tier SNU upper #8
Delaware Correctional Center
1181 Paddock Road
Smyrna, Del. 19977



I/M Mr. Vurnis L. Gillis
SBI# 00180180 UNIT Bldg. 23 D-Tier SNU upper
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-35