8-8-05

Civil Case No. 04-921-KAJ

FILED
AUG - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of the Court

Hello How are you doing I am writing in reference as well as requesting a free docket sheet due to being a indigent prisoner, Also could you provide me with the following information pertaining to my present case in order to be able to make preparation concerning these legal matters, could you please provide me the information I need to know as far as if the Defendants Lawyer prepared anything within their case against me, and the motion I Filed and Affidavit for Appointment of Counsel which entered on 8-5-04 And could you tell me what is the process on the appointment of Counsel for which I am in serious need of Counsel in order to Further prepared my legal case. Thank you very much for your time and effort put forth in these matters.      Sincerely

Mr. Vurnis L. Gillis #00180180
Bldg. 23 D-Tier SNU upper #8
Delaware Correctional Center
1181 Paddock Road Smyrna, Del. 19977



INM MR. Vurnis L. Gillis
SBI# 00180180 UNIT Bldg. 23 D-Tier SNU UPS GR#8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801-3570