8-16-05

Civil Action No. 04-921-KAJ

Dear Clerk of the Court

Hello How are you doing, my present status is indigent and upon the request for a free docket sheet there was a mistake made by the court where as pertaining to the information which was sent with the court papers stapled together there was no docket sheet provided concerning the information requested as you can see the court papers dated for August 11, 2005. It would be very appreciated if you could please provide me this information contained in the court letter dated for August 8-11-05. Thank you very much for your time and effort.

Sincerely

Mr. Vurnis L. Gillis #00180180
Bldg. 23 D-Tier SNU upper #8

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



IM MR Vuewis L. Gillis
SBI# 00180180 SNU Bldg. 23 D-Tier SNU upper
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware 19801-3570

19801+3570