OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 11, 2005

TO: Vurnis L. Gillis
    SBI #180180
    DCC

**RE:  *Request for Status/Docket Sheet, CA 04-921 KAJ***

Dear Mr. Gillis:

A letter has been received by the Clerk's office from you requesting a copy of the docket and answers to questions regarding the status of your case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A one time free copy of the docket was provided to you on 3/16/05 along with a reminder that future docket sheet requests must be paid for in advance. Should you require copies of case records(including docket sheets) in the future***, please be aware of this fee requirement. The cost for a copy of the docket sheet is $ 2.50 , for 5 pages at $.50 per page.

Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Your motion for appointment of counsel filed 3/21/05 is currently pending before the Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rbe                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Kent A. Jordan, CA 04-921 KAJ

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 16, 2005

TO: Vurnis L. Gillis
SBI #180180
DCC

RE: *Request for Copy of Docket, CA 04-921 KAJ*

Dear Mr. Gillis:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. *Should you require copies (including docket sheets) in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. Enclosed, please find your one free copy of the docket report for CA 04-921.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

encl. Docket Sheet
cc: The Honorable Kent A. Jordan; CA 04-921 KAJ

8-8-05

Civil CASE NO. 04-921-KAJ

FILED
AUG -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR Clerk of The Court

Hello How are you doing I AM WRITING in REFERENCE AS WELL AS REQUESTING A FREE DOCKET SHEET due To Being A indigent prisoner, Also Could you provide me with The Following information pertaining to my present CASE in order To Be Able To make preparation Concerning These legal matters, Could you please provide me The information I need To Know As Far As if The Defendants Lawyer prepared Any Thing within their CASE against me, And The motion I Filed And Affidavit For Appointment of Counsel which entered on 8-5-04 And Could you Tell me What is The process on The Appointment of Counsel For which I AM in serious need of Counsel in order To Further prepared my legal CASE. Thank you very much For your Time And Effort put forth in These matters.   Sincerely

mr. Vurnis L. Gillis #00180180
Bldg. 23 D-Tier SNU upper #8
Delaware Correctional Center
1181 Paddock Road Smyrna, Del. 19977



I/M Mr. Vurnis L. Gillis
SBI# 00180180  Unit Bldg. 23 D-Tier SNU UPS #8
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801-3570