OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 19, 2005

TO: Vurnis Gillis
SBI# 180180
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Fees for Copywork; 04-921(KAJ)**

Dear Mr. Gillis:

In response to the above referenced letter received by the Clerk's office on 8/16/05, please note that pursuant to 28 USC 1915, in forma pauperis status applies only to the filing fees in a case. This does not provide for relief from copy fees for documents. Additionally, the cost for other copywork is $.50 per page, prepaid to the Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

8-16-05

Civil Action No. 04-921-KAJ

(20)

Dear Clerk of the Court

Hello How are you doing, my present status is indigent and upon the request for a free docket sheet there was a mistake made by the court where as pertaining to the information which was sent with the court papers stapled together there was no docket sheet provided concerning the information requested as you can see the court papers dated for August 11, 2005. It would be very appreciated if you could please provide me this information contained in the court letter dated for August 8-11-05. Thank you very much for your time and effort.

Sincerely

Mr. Vurnis L. Gillis #00180180
Bldg. 23 D-Tier SNU Upper #8

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned