ORIGINAL

In the United States District Court
For the State of Delaware

Plaintiffs,

Vurnis L. Gillis

Preliminary

v.

Judge Charles H. Toliver, IV, et al.,
 Stan Taylor
Paul Howard
Thomas Carroll
Elizabeth Burris
Lawrence McGuigen
Charles Cunningham
 Holman
Emily Stevenson
Porter
Merrissa McFadden

Order to Cause for a
: 
Injunction
A Temporary
Restraining
Order

Civil Action No. 04-921-KAJ

FILED
SEP 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[1]

Joeseph Hudson
John Doe One
John Doe Two
Weiss
Kho
Robinson
Martha Boston
Richard Sadowski
Kevin Hoffecker
Dianne Stachowski
Jim Simms
Femmi
Gwen

Chavon Dottins
Lise Merson
John Doe Three
Mike Little
Ed Johnson
Maria
Timothy Martin
Brian Engrams
Osmar Samander
John Doe Four
John Doe Six

[2]

John Doe Seven
Brenda Holwerda
Rahman
John Doe Five

   Defendants

Upon the Complaint, the Supporting Affidavits of Plaintiffs, and the Memorandum of Law submitted herewith, it is:
Ordered that Defendants,
Judge Charles H. Toliver, IV
   Stan Taylor
Paul Howard
Thomas Carroll
Elizabeth Burris
Lawrence McGuigen
Charles Cunningham
Holman
Martha Boston
Richard Sadowski
Kevin Hoffecker
Dianne Stachowski

[3]

Jim Simms
Femmi
Gwen
Brenda Holwerda
Rahman

These are the following Defendants I the Plaintiff is seeking preliminary injunction against. Show cause in Room _____ of the United States Court House 844 N. King Street, Lock Box 18 Wilmington, Delaware. 19801 on the _____ day of _____, 20_____, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the Defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from me the Plaintiff to

[4]

have mental health and all the other defendants who act in concert and participation in forcing the plaintiff on psychotropic medications because of a claim the following, all defendants forth said I acted out due to disciplinary infractions as far as behavior modification they warrant the plaintiff on all and any psychotropic medications which are aversive stimuli and tranquilizing drugs due to disciplinary purposes that constitutes a deliberate indifference of cruel and unusual punishment which these medications put the plaintiff under imminent danger of serious physical injury. The United States Constitution states that psychiatric treatment may not be used for disciplinary purposes, when such a patten or

[5]