practice seeks to exist it violates the Plaintiff Fourteenth and Eighth Amendment Rights. The Plaintiff states he is not one who demonstrate proclivity for anti social criminal, and often violent conduct. The Plaintiff is claiming that there was a failure to provide a judicial hearing before Judge Charles H. Toliver, IV before he involuntary administer of psychotropic medications on Plaintiff which violated Plaintiffs Due Process Equal Protection, and Free Speech clauses of both the Federal and State Constitutions, as well as State Tort law. The specified hearing rights satisfy the requirement of a meaningful opportunity to be heard

Resolution of the case requires the State to discuss the protections afforded the Plaintiff under,

[6]

The Due Process Clause of the Fourteenth Amendment. The Plaintiffs pray that the Court will grant an injunction of a Temporary Restraining order to stop any and all psychotropic medications due to danger of Plaintiffs health. It is further ordered that effective immediately, and pending the hearing and determination of this order to show cause, the Defendants Judge Charles H. Toliver, IV

   Stan Taylor
   Paul Howard
   Thomas Carroll
   Elizabeth Burris
   Lawrence McGuigen
   Charles Cunningham
   Holman
   Martha Boston
   Richard Sadowski

Kevin Hoffecker
Dianne Stachowski
Jim Simms
Femmi
Gwen
Rahman
Brenda Holwerda

These are the following Defendants acting in concert or participation, the plaintiff wants restrained from him to no longer further to take any and all psychotropic medications that the plaintiff wish and pray the court may grant.

It is further ordered that the order to show cause, and all other papers attached to this application, be served on the aforesaid plaintiffs by date 9-6-05

Vurnis Gillis Signature    Vurnis Gillis
Date 9-6-05

State of Delaware
County of New Castle
Sign on this 6th day of September 2005

Judges Signature

_____

United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware. 19801-3570

Date _____

[9]



IM Vernis L. Gillis
SBI# 00180180 UNIT Bldg. 23 D-TIER SNU upper #8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail



Office of the Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Del. 19801



PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov
LABEL 107R, OCT 1997