IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-921-KAJ |
| ) | |
| STAN TAYLOR, PAUL HOWARD, ) | |
| THOMAS CARROLL, ELIZABETH ) | |
| BURRIS, LAWRENCE McGUIGEN, ) | |
| CHARLES CUNNINGHAM, NFN ) | |
| HOLMAN, EMILY STEVENSON, NMN ) | |
| PORTER, MERISSA McFADDEN, ) | |
| JOESEPH HODSON, NMN WEISS, NMN ) | |
| KHO, NMN ROBINSON, MARTHA ) | |
| BOSTON, RICHARD SADOWSKI, ) | |
| KEVIN HOFFECKER, DIANNE ) | |
| STACHOWSKI, JIM SIMMS, NMN ) | |
| FEMME, NMN GWEN, CHAVON ) | |
| DOTTINS, IGC LISE MERSON, JOHN ) | |
| DOE THREE, MIKE LITTLE, ED ) | |
| JOHNSON, NLN MARIA, TIMOTHY ) | |
| MARTIN, BRIAN ENGRAMS, OSMAR ) | |
| SAMANDER, JOHN DOE FOUR, JOHN ) | |
| DOE SIX, JOHN DOE SEVEN, BRENDA ) | |
| HOLWERDA, NMN RAMON, JOHN DOE ) | |
| FIVE, ) | |
| ) | |
| Defendants. ) | |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 6th day of October, 2005, the court having determined that plaintiff is appearing in this matter pro se because plaintiff is unable to afford legal representation; and having further determined that legal representation for plaintiff by an attorney is required in this matter, see Collinsgru v. Palmyra Bd. of Educ., 161 F.3d 225 (3rd Cir. 1998);

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel.

2. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

_____
UNITED STATES DISTRICT JUDGE