IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-KAJ |
| v. | ) |
| | ) |
| | ) |
| JUDGE CHARLES H. TOLIVER, IV, | ) |
| STAN TAYLOR, PAUL HOWARD, | ) |
| THOMAS CARROLL, ELIZABETH | ) |
| BURRIS, LAWRENCE McGUIGEN, | ) |
| CHARLES CUNNINGHAM, NFN | ) |
| HOLMAN, EMILY STEVENSON, NMN | ) |
| PORTER, MERISSA McFADDEN, | ) |
| JOESEPH HODSON, JOHN DOE ONE, | ) |
| JOHN DOE TWO, NMN WEISS, NMN | ) |
| KHO, NMN ROBINSON, MARTHA | ) |
| BOSTON, RICHARD SADOWSKI, | ) |
| KEVIN HOFFECKER, DIANNE, | ) |
| STACHOWSKI, JIM SIMMS, NMN | ) |
| FEMME, NMN GWEN, CHAVON | ) |
| DOTTINS, IGC LISE MERSON, JOHN | ) |
| DOE THREE, MIKE LITTLE, ED | ) |
| JOHNSON, NLN MARIA, TIMOTHY | ) |
| MARTIN, BRIAN ENGREM, OSMAR | ) |
| SAMANDER, JOHN DOE FOUR, | ) |
| JOHN DOE SIX, JOHN DOE SEVEN, | ) |
| BRENDA HOLWERDA, NMN RAMON, | ) |
| JOHN DOE FIVE, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of State Defendants Stanley Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigan, David Holman ("NFN Holman"), Emily Stevenson, Ricky Porter ("NMN Porter"), Merissa McFadden, Jim Simms, Lise Merson,

Mike Little, Edward Johnson, Maria Lyons ("NLN Maria"), Timothy Martin, Brian Engrem, and Osmar Sammander (the "State Defendants").[1]  This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the State Defendants.  The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400

        Attorney for Defendants

Dated: January 17, 2006

---

[1] There is no indication that Defendants Charles Cunningham, Joseph Hodson, or John Doe Three have been served or waived service.

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on January 17, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Vurnis L. Gillis
SBI #00180180
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400