IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-KAJ |
| v. | ) |
| | ) |
| | ) |
| JUDGE CHARLES H. TOLIVER, IV, | ) |
| STAN TAYLOR, PAUL HOWARD, | ) |
| THOMAS CARROLL, ELIZABETH | ) |
| BURRIS, LAWRENCE McGUIGEN, | ) |
| CHARLES CUNNINGHAM, NFN | ) |
| HOLMAN, EMILY STEVENSON, NMN | ) |
| PORTER, MERISSA McFADDEN, | ) |
| JOESEPH HODSON, JOHN DOE ONE, | ) |
| JOHN DOE TWO, NMN WEISS, NMN | ) |
| KHO, NMN ROBINSON, MARTHA | ) |
| BOSTON, RICHARD SADOWSKI, | ) |
| KEVIN HOFFECKER, DIANNE, | ) |
| STACHOWSKI, JIM SIMMS, NMN | ) |
| FEMME, NMN GWEN, CHAVON | ) |
| DOTTINS, IGC LISE MERSON, JOHN | ) |
| DOE THREE, MIKE LITTLE, ED | ) |
| JOHNSON, NLN MARIA, TIMOTHY | ) |
| MARTIN, BRIAN ENGREM, OSMAR | ) |
| SAMANDER, JOHN DOE FOUR, | ) |
| JOHN DOE SIX, JOHN DOE SEVEN, | ) |
| BRENDA HOLWERDA, NMN RAMON, | ) |
| JOHN DOE FIVE, | ) |
| | ) |
| Defendants. | ) |

**STATE DEFENDANTS' MOTION TO DISMISS**

COMES NOW, the State Defendants Stanley Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigan, David Holman ("NFN Holman"), Emily Stevenson, Ricky Porter ("NMN Porter"), Merissa McFadden, Jim Simms, Lise Merson, Mike Little, Edward Johnson, Maria Lyons ("NLN Maria"),

Timothy Martin, Brian Engrem, and Osmar Sammander (the "State Defendants")[1], by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against the State Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of the Motion, the State Defendants have filed simultaneously herewith the State Defendants' Memorandum Of Points And Authorities In Support Of State Defendants' Motion To Dismiss.

        WHEREFORE, the State Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, dismissing Plaintiff's claims with prejudice as to the State Defendants.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400

        Attorney for Defendants

Dated: January 17, 2006

---

[1] There is no indication that Defendants Charles Cunningham, Joseph Hodson, or John Doe Three have been served, waived service or waived their right to respond.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-KAJ |
| v. | ) |
| | ) |
| | ) |
| JUDGE CHARLES H. TOLIVER, IV, | ) |
| STAN TAYLOR, PAUL HOWARD, | ) |
| THOMAS CARROLL, ELIZABETH | ) |
| BURRIS, LAWRENCE McGUIGEN, | ) |
| CHARLES CUNNINGHAM, NFN | ) |
| HOLMAN, EMILY STEVENSON, NMN | ) |
| PORTER, MERISSA McFADDEN, | ) |
| JOESEPH HODSON, JOHN DOE ONE, | ) |
| JOHN DOE TWO, NMN WEISS, NMN | ) |
| KHO, NMN ROBINSON, MARTHA | ) |
| BOSTON, RICHARD SADOWSKI, | ) |
| KEVIN HOFFECKER, DIANNE, | ) |
| STACHOWSKI, JIM SIMMS, NMN | ) |
| FEMME, NMN GWEN, CHAVON | ) |
| DOTTINS, IGC LISE MERSON, JOHN | ) |
| DOE THREE, MIKE LITTLE, ED | ) |
| JOHNSON, NLN MARIA, TIMOTHY | ) |
| MARTIN, BRIAN ENGREM, OSMAR | ) |
| SAMANDER, JOHN DOE FOUR, | ) |
| JOHN DOE SIX, JOHN DOE SEVEN, | ) |
| BRENDA HOLWERDA, NMN RAMON, | ) |
| JOHN DOE FIVE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon the State Defendants' Motion To Dismiss the Complaint (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

- 2 -

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Original and Amended Complaints filed in the above-captioned action are **DISMISSED WITH PREJUDICE** as to State Defendants Stanley Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigan, David Holman ("NFN Holman"), Emily Stevenson, Ricky Porter ("NMN Porter"), Merissa McFadden, Jim Simms, Lise Merson, Mike Little, Edward Johnson, Maria Lyons ("NLN Maria"), Timothy Martin, Brian Engrem, and Osmar Sammander.

SO ORDERED this _____ day of _____, 2006.

                                          _____
                                          The Honorable Kent A. Jordan
                                          United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on January 17, 2006, I caused a true and correct copy of the attached *State Defendants' Motion To Dismiss* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Vurnis L. Gillis
SBI #00180180
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

                                     */s/ Erika Y. Tross*
                                     Erika Y. Tross (#4506)
                                     Deputy Attorney General
                                     Delaware Department of Justice
                                     Carvel State Office Building
                                     820 N. French Street, 6th Floor
                                     Wilmington, DE 19801
                                     302-577-8400