IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| v. | ) | Cr. A. No. 91-02-0159 |
| | ) | |
| VURNIS GILLIS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DIRECTING RETURN OF DEFENDANT
### TO THE DEPARTMENT OF CORRECTION

This 31st day of March, 1999, the Defendant in this action as above-caption having been evaluated and treated at the Delaware Psychiatric Center pursuant to Co orders dated September 17 and 19, 1999, and it being the opinion of the Foren Evaluation team that said Defendant has received the maximum benefit from s evaluation and/or treatment,

IT IS HEREBY ORDERED that said Defendant be returned to the custody the Department of Correction.

**IT IS FURTHER ORDERED** that said Defendant be required to take medications and/or other treatments as directed by the Forensic Evaluation team.

_____
TOLIVER, JUDGE

CHT,IV/brd

cc:  Prothonotary (original)
    Presentence
    Diane Stachowski, DPS (via fax)
    SCI (via fax)

-2-