## SYSTEM TRANSFER

**HEALTH STATUS**

| | |
|---|---|
| Transferring Facility: SCI | Name: _Gillis, Dennis_ |
| | Number: ▮▮▮▮▮  Race B W H Other |
| Date: 8/29/01 | Age: ____  Date of Birth: ▮▮/▮▮/63  Sex: M F |
| Time: 600 AM PM | Food Handler Approved: Y / N |

Allergies: Salmon, _cur__

Current Acute Conditions/Problems: ▮▮▮▮▮▮▮

Chronic Conditions/ Problems: ▮▮▮▮▮▮▮▮▮▮▮▮▮

---

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _____

Chronic Long-term Medications: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Chronic Psychotropic Medications: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Current Treatments: ▮▮▮▮▮▮▮▮

Follow-up Care Needed: Mental Health

---

Last PPD: 8-12-01  Results 0 mms    Last Physical: 8/29/01

Chronic Clinics: Psych    Specialty Referrals: Mental Health

---

Significant Medical History: ▮▮▮▮▮▮▮▮▮▮▮▮

---

Physical Disabilities/Limitations: ____

Assistive Devices/Prosthetics: ____    Glasses: ⊘    Contacts: ⊘

Mental Health History/Concerns:

Substance Abuse: Y /N    Alcohol: Y /N    Drugs: Y /N

☑ Hx Suicide Attempt: Date: ___/___/___

☑ Hx Psychotropic Medication

☑ Previous Psychiatric Hospitalizations

Signature and Title: _Maplewart_    Date: 8/30/01

---

**TRANSFER RECEPTION SCREENING**

Date: 8/30/01    Time: 12:50 AM PM    Receiving Facility: DCC / MSC

S: Current Complaint: ▮▮▮▮▮▮▮▮▮

Current Medications/Treatment: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

O: Physical Appearance/Behavior: Calm, co-operative

Deformities: Acute/Chronic: None

wears glasses

T ____ P ____ R ____ B/P ____/____

A: _____

P: Disposition: (Instructions: Check or circle as appropriate)

- ✓ Routine, Sick Call
- ___ Instructions Given
- ___ Emergency Referral
- ✓ HIV/TB Instruction Given
- ___ Physician Referral:
- ___ Urgent / Routine
- ✓ Medication Evaluation
- ___ Work/Program Limitation
- ___ Special Housing
- ___ Specialty Referrals
- ✓ Chronic Clinics
- ✓ Mental Health
- ___ OTHER
- Infirmary Placement

Other: _____

Signature and Title: ▮▮▮▮▮  8/30/01  12:50 pm

CMS 7190