# MEMORANDUM

To: Deputy Warden Mike Deloy, SCI

From: James Simms, LPCMH, CMS Unit Director Mental Health, SCI

CC: Sandra Wise, PSY. D., CMS Statewide Mental Health Director

Suzanne Rickards, CMS Health Services Administrator, SCI

Marylou Blades, CMS Structured Care Unit Supervisor, SCI

Major Phil Townsend, Security Superintendent, SCI

Pat Ditto, Treatment Services Supervisor, SCI

Date: 08/15/00

Re: Vurnis Gillis, ███████████: Current Assessment - Danger To Self and Others

---

As you already know, Mr Gillis has a significant history of violent incidents during his incarceration. Mr. Gillis is again showing signs that he poses a significant danger to himself and to the safety of staff and inmates.

Within the past six months, Mr. Gillis has held another inmate hostage and, most recently, he nearly succeeded in the suicidal act of hanging himself. He appears to have physically recovered from that incident, but the status of his mental health has not changed.

I have received CMS and DOC reports and I have observed first hand that ███████████
███████████████████████████████████████████████████████████████████
███████ In fact today he verbalized an implied threat to cause harm to the Structured Care Unit Mental Health Supervisor.

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████

Given Mr. Gillis's history of poor insight, impaired social judgement, and violent acting out, *I can not emphasize enough the need for Correctional Officers to exercise caution in the management of Mr. Gillis's daily activity (movement, proximity to others, and availability of the means to inflict injury).* *Mr. Gillis presents a danger to himself and to others. I urgently request this advisory be disseminated to all correctional officers who are or who may be tasked to manage Mr. Gillis.*

# Important notice!

Supervisors from CMS and SCI Have determined that Inmate Vurnis Gillis is a danger to himself and others. His recent acts of violence are a sign that he could act out at anytime and endanger staff.

It is imperative that he receive his recreation period alone. He can have no direct unsupervised contact with other inmates!

Inmate Gillis is to be handled with extreme caution! Staff should use a minimal of 2 officers when coming in contact with him.

During all movement out of his housing area Inmate Gillis is to be handcuffed and escorted by two security staff members.

Lt Gossett John

Posted in SCU Guard Post by 1600 8/15/00