# MENTAL HEALTH PROGRESS NOTE

**SUBJECTIVE:**
Face to face contact with client ☐ in office ☑ cell side ☐ group ☐ on unit ☐ other: _____
Reason for contact: ☐ sick call ☐ BMHV ☐ referral ☐ crisis ☐ referral ☐ evaluation
Statements/events: _I didn't do anything_

☑ Reports taking psychotropic meds as prescribed  ☐ Not compliant with meds due to _____
☐ None prescribed at this time  Side effects: ☑ No ☐ Yes, describe: _____

**OBJECTIVE:** Mental Status Exam:

**Appearance:**
☑ Neat/Clean
☐ Unkempt
☐ Disheveled
☐ Good eye contact
☐ Poor eye contact

**Speech:**
☐ Normal
☐ Loud
☐ Soft
☑ Pressured
☐ Blocked

**Thought Process:**
☐ Logical/Coherent
☑ Tangential
☐ Looseness Associations
☐ Flight of Ideas
☐ Perseverations

**Hallucinations:**
☑ Denied
☐ Auditory
☐ Visual
☐ Other:

**Insight:**
☐ Good
☐ Fair
☑ Poor

**Suicidal Ideations:**
☑ No
☐ With Plan
☐ W/O Plan

**Interview Attitude:**
☐ Cooperative
☐ Unresponsive
☐ Evasive
☑ Manipulative
☑ Guarded
☐ Argumentative

**Mood:**
☐ Euthymic
☐ Depressed
☑ Anxious
☐ Irritable

**Thought Content:**
☐ No Abnormal
☑ Obsessions
☐ Compulsions
☐ Phobias
☐ Euphoric

**Motor Activity:**
☑ Normal
☐ Slowed
☐ Restless
☐ Agitated

**Judgment:**
☐ Good
☐ Fair
☑ Poor

**Homicidal Ideations:**
☑ No
☐ With Plan
☐ W/O Plan

**Orientation:**
☐ X4
☐ Person
☐ Place
☐ Time
☑ Preoccupations
☐ Poverty of Thought

**Affect:**
☐ Appropriate
☐ Flat
☐ Restricted
☐ Blunted
☐ Labile
☑ Inappropriate

**Delusions:**
☐ None Observed
☑ Persecutory
☑ Grandiose
☐ Somatic
☐ Influence

**Intelligence:**
☑ Average
☐ Below Average
☐ Above Average

**AXIS I:**
V65.2 Malingering
309.0 Adj. DO, Depr.
309.24 Adj. DO, Anx.
309.28 Adj. DO, Mixed
296.33 Maj. Depr. w/o psy
296.34 Maj. Depr. with psy
311 Depr. D.O., NOS
296.80 Bipolar D.O., NOS
296.4x Bipolar I, Manic
300.02 Gen. Anx. D.O.
309.81 PTSD  314.9 ADHD
312.30 Imp. Control, NOS

295.90 Chr. Schiz., undif.
295.70 Schizoaffective DO
293.82 Subs. Induced Psych
298.9 Psychosis, NOS
303.90 Alc. Dep., IACE
305.00 Alc. Abuse
305.20 Cannabis Abuse
304.30 Cannabis Dep, IACE
305.30 Cocaine Dep., IACE

**AXIS II:**
301.83 Borderline Pers. DO
301.7 Antisocial Pers. DO
319 MR, Unspecified
V71.09 None 799.9 Deferred

**Observations:** Mr. Gillis reported the administration continues to use "biofeedback" & inflict pain on him. Fixed delusion of persecution by "the Government".

**ASSESSMENT:** Diagnostic Impression ████████
AXIS I: ☑
AXIS II: ☐
AXIS III: ☐ Unknown ☐ None
Optional: AXIS IV: _____   AXIS V: Current GAF _50_
Additional Assessment Comments: _I/m stated "You will hear my case repeatedly. I don't care what they do. Hx of violence and taking hostage._

**PLAN:**
☐ Has been educated on how to contact Mental Health PRN
☐ F/U x30 days   ☐ See psychiatrist @90 days
☑ Continue working on treatment plan goals as written
☐ Refer to psychiatrist for Psych Eval/Med Review
☐ Other: _Locked down on level one following an altercation and threatening behavior with medical._

CLINICIAN SIGNATURE / TITLE: _[signature]_ MPS

IM NAME: _VERNIS GILLIS_   SBI# ████
DATE: _12/20/05_   TIME: _1400_   HOUSING UNIT _28D_

Form Last Modified 5/6/05

# Suicide Watch: Progress Note

Date: 4/25/05   Date Watch Initiated 4/25/05   Time: 10:00

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
___ Expressing thoughts/intent of self harm
___ History of suicide attempt(s)
___ Exhibiting self harm behaviors
✓ Non-compliance regarding psychiatric medications
___ Other Cause(s) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**O: Current Status**
**Physical Presentation:** Check all that apply
✓ Groomed (clean, hair combed, etc.)   ___ Disheveled   ___ Unclean/malodorous
✓ Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
___ Tearful/crying   ✓ Agitated/restless   ___ Fatigued
___ Self injuries present (Describe) _____
**Specific Depression Symptoms:** Check all that apply
___ Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
___ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
___ Negative comments about self   ___ Negative comments about future
___ Hopeless comments   ___ Helpless comments
___ SMI (Diagnosis) ▓▓▓▓▓▓
___ Other symptoms/comments _I/m stated "I can't take it anymore this jokers knows what they are doing to me. I will have to take some hostage of take someone out"._

**A: Current Diagnoses**
___ Major Depression                     ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
___ Other ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
✓ **(Watch Level III: Low risk (some personal items and uniforms may be allowed))**

The checked Watch Level is: an **increase** ___   **decrease** ___   from the previous day's level of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

Inmate _Vinus Gillis_ Number ▓▓▓▓▓▓   MH Clinician _O. Adesemolu_

FCM 2004                                                    Proprietary Information Not for Distribution



**FIRST CORRECTIONAL MEDICAL**

> Mental Health Office
> SHU Building #20
> 1181 Paddock Rd.
> Smyrna, DE 19977

October 14, 2002

The Honorable Judge Charles H. Toliver
Superior Court New Castle County
500 North King Street, 10th Floor
Wilmington, DE 19958

Dear Judge Toliver:
This letter with attached psychiatric evaluation by Mitchell Kho, M.D. is presented to the Court to **request a court order for the immediate admission, psychiatric evaluation, and treatment of Vurnis Gills at the Delaware Psychiatric Center.** Patient identifying information follows:

NAME: Vurnis Gillis       DOB: ▇▇/63       SBI# ▇▇▇▇▇, Cr.A. No. IN91-02-0159

Vurnis Gillis is currently confined in a Security Housing Unit (SHU) at the Delaware Correctional Center. As the Court is already aware, Vurnis Gillis has a significant history of mental illness and he is diagnosed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The prognosis for recovery from this condition is poor and may be exacerbated in his current housing environment. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

If you desire additional information, please contact us by telephone at 302-653-9720. Dr. Mitchell Kho may be reached directly at 302-322-0919. Our fax number is 302-653-1729. Thank you for your time and consideration of this matter.

Sincerely,

JAMES C. SIMMS, MA, NCC
Licensed Professional Counselor Mental Health
Delaware Correctional Center

Attach
    08/22/02 PSYCHIATRIC EVALUATION OF VURNIS GILLIS BY MITCHELL KHO, MD

Cc    Inmate File
      Warden Thomas Carroll, Delaware Correctional Center
      Martha Boston, Ph.D. Licensed Psychologist, First Correctional Medical

## PSYCHIATRIC EVALUATION

August 22, 2002
Name : **Gillis, Vernus**
DOB : ██-63
SBI # : ██████

This is 39 year old, African American, male, with ████████████████████████ ████████████████████████████████████████████████ ██████████████. He has been under my psychiatric care since 2-01. Mr. Gillis is well known to both prison and community mental health systems. He is also well known to be non-complaint with his medications and currently has a court-order to force-medicate him.

He was housed in the Structured Care Unit (SCU) in SCI for more than 3 years. *While in SCU, he staged a hostage situation where he took another inmate hostage because of his persecutory delusions. He also almost successfully completed suicide when he hung himself with bed sheets.* It is a struggle to stabilize this patient on medications due to his severe mental illness and his non-compliance with psychotropic medications. On early 2002, he had verbally and physically threatened to hurt a mental health staff personnel. This prompted the DOC to transfer him out of the SCU to the Secured Housing Unit (SHU).

████████████████████████████████████████████ He is potentially a danger to himself and others if medications are not set correctly. ████████████████ ████████████████████████████████████████████████ ██████████████████████."

The mental health team in DCC is struggling to provide adequate and standard of care for this severely, chronically mentally ill inmate in the SHU. This correctional setting is not conducive to the psychiatric well-being and treatment of a schizophrenic like Mr. Gillis.

Diagnostic Impression:
Axis I : ████████████████████
Axis II : ████████
Axis III : none active
Axis IV : ████████████████ incarceration in SHU
Axis V : current 50; past year 60

Recommendation:
1. ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████e.

2. If DPC were not able to provide adequate safety for this dangerous, mentally ill inmate, then I can surely conclude that the SHU may be the best place for him.

Please contact me for any further inquiries to the matter.

*[signature]*
Mitchell Kho, M.D.
Psychiatrist
Physicians' Services, P.A.
Correctional Medical Services, Inc.
Delaware Correctional Center
Smyrna, DE

| Disciplinary# | | | | Date: |
|---|---|---|---|---|
| 1010659 | **DCC Delaware Correctional Center** <br> **Smyrna Landing Road** <br> **SMYRNA DE, 19977** <br> **Phone No. 302-653-9261** | | | 12/29/2005 |

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1  **Housing Unit:** Bldg. 23  **IN#:** 1013091

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00180180 | Jones, Vurnis L | DCC | Bldg.21 A Tier | 06/23/2004 | 12:50 |

**Violations:** 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior

**Witnesses:** 1. Sullivan, Robert    2. N/A    3. N/A

### Description of Alleged Violation

On 6-23-04 I, Sgt Robert Sullivan Saw I/M Edmond Derrick ( Aka Sean Jones) Arguing With I/M Vernin Gillis( Aka Verin Jones). After A Few Moments They Both Started Wresting With Each Other And I Called Backup. Within Moments I/M Edmond Came To The Window With Blood Trickling Down His Ear And Neck Stating That I/M Gillis Stabbed Him With A Pen. Backup Was Called, Lt Stephen Boone Was Contacted. Tier Was Secured And I/M Edmond Was Put In A Chair To Sit Outside Of A Tier To Await Medical Staff. Lt Boone C/O John Pusey Came As Back Up Also And I/M Gillis Was Handcuffed And Secured. When I Asked I/M Gillis What Happened He Stated "I Never Touched The Man".

**Reporting Officer:** Sullivan, Bob  (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Sullivan, Bob  -CO Corporal/Sgt. - Large Inst.

Backup Called, Lt Notified, Medical Staff Called, Mental Health Contacted, Tier Secured, I/M Gillis Handcuffed, I/M Edmond Taken Off Tier And Sat In Chair Awaiting Medical, Seen By Medical

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** 5 Pens Were Confiscated By John Pusey And Sent To Ia

### Approval Information

**Approved:** ☐    **Disapproved:** ☐    **Approved By:** _()

**Comments:** N/A

---

**Date Received:** ___    **Time:** ___    **Received From:** ___

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____, ()

I have received a copy of this notice on **DATE:**_____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____    **Offender:** _____

Jones, Vurnis L

| Disciplinary# | | | | |
|---|---|---|---|---|
| 1011514 | DCC Delaware Correctional Center | | | Date: 12/29/2005 |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit: Bldg. 22 | | | RP#: 1014132 | |
|---|---|---|---|---|---|---|
| SBI# | Inmate Name | | Inst. Name | Location Of Incident | Date | Time |
| 00180180 | Jones, Vurnis L | | DCC | Bldg.22 A Tier | 07/29/2004 | 06:15 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A    2. N/A    3. N/A

On The Above Date And Time, I Sgt. Faust, William And Lpn Vliet, Becky Were On The Snu/ A Tier To Give Am Medication.

When We Came To Au6 Cell Which Houses Inmate Gillis, Vurnis Was Given His Am Medication By Nurse Vliet And She Requested To See His Mouth After Taking The Medication To Make Sure He Took It. Inmate Gillis Did Not Responed. Inmate Gillis Just Walked To Bunk And Sat On His Bunk.

I Then Ordered Him 3 Seperate Times To Come Over To The Flap To Have His Mouth Inspected By Nurse Vliet. After Each Request He Just Stared At Use And Said Nothing. Inmate Gillis Semed Agitated And For This Reason I Placed Him On Phase 1 Until Mental Health Can Evaluate Him.

This Information Was Relaid To Lt. Gaddis And We Will Pass On The Above Information To The 8-4 Shift Commander.

Note: Inmates Given Name Is Jones, Vurnis.

This Is The End Of My Report.

**Reporting Officer:** Faust, William G Jr(Correctional Officer)

**Immediate action taken by:** Faust, William G Jr-Correctional Officer

1) Dr And Ir Forms Completed, 2) Mhu Lt. Was Advised Of Situation, 3) Inmate Was Placed On Phase #1,

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** None

**Approved:** ☐    **Disapproved:** ☐    **Approved By:** _ ()
**Comments:** N/A

**Date Received:**    **Time:**    **Received From:** _

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
, ()

| Disciplinary# | DCC Delaware Correctional Center | Date: 12/29/2005 |
|---|---|---|
| 1011514 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

Disciplinary Type: Class1    Housing Unit: Bldg 28    IRN: 1011514

I have received a copy of this notice on **DATE:**_____ **TIME:**_____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____     **Offender:** _____
                                                                          Jones, Vurnis L

| Disciplinary# | DCC Delaware Correctional Center | Date: |
|---|---|---|
| 1019435 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | 12/29/2005 |

## DISCIPLINARY REPORT

**Disciplinary Type:** Class1    **Housing Unit:** Bldg 24    **IR#:** 1024577

| SBI# | Inmate Name | First Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00180180 | Jones, Vurnis L | DCC | Bldg.24 Chow Hall B | 07/31/2005 | 03:00 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Violation

On July 31, 2005 At Approximately 0300hrs, In Bldg 24 Chow Hall B, I C/O Larry Wilson Witnessed Inmate Vernis Gillis # 180180 Threatened To Kill All Of Us (C/O Stephen Glick, Lt John Barlow And Myself C/O Larry Wilson) Because He Believed We Killed His Mother, And We Used A Ray Beam Gun To Burn His Penis. The Incident Happened On 12-8 Shift Chow Hall B Side At The Last Table. Vernis Gillis Is Housed In 23du3, Which Is On The S N U Wing. Inmate Gillis Is Placed Temporarily On Phase One Pending On A Decision On This Write Up, And Told That He Will Be Written Up For A Disordery And Threatning Behavior Write Up. End Of Report.

**Reporting Officer:** Wilson, Larry J Jr.(Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Wilson, Larry J Jr.-Correctional Officer

I C/O Larry Wilson, Notified Lt Stevenson Of This Write Up Todays Incident.

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval

**Approved:** ☒    **Disapproved:** ☐    **Approved By:** Stevenson, Mathew (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor

**Date Received:** ___    **Time:** ___    **Received From:** ___

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Stevenson, Mathew (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____    **Offender:** _____

Jones, Vurnis L

**Page 1 of 1**