IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-921-KAJ |
| | ) |
| JUDGE CHARLES H. TOLIVER, | ) |
| et al., | ) |
| | ) |
| Defendant(s). | ) |

## MEMORANDUM ORDER

Plaintiff, Vurnis L. Gillis, ("Gillis") is a *pro se* litigant incarcerated at the Delaware Correctional Center (DCC), in Smyrna, Delaware. On October 6, 2005, I granted Gillis' motion for leave to amend his complaint. (D.I. 5, 23). The amended complaint was filed on October 14, 2005, prior to service of the original complaint. (D.I. 25). I now proceed to review and screen the amended complaint pursuant to 42 U.S.C. § 1915 and § 1915A.

For the reasons discussed below, I am dismissing the amended complaint and the claims in it brought against defendants R. N. Missy, R.N. Loraine, Nurse Quanni, Nurse Gloria, Nurse Betty, Nurse Lisa, R.N. Becky and Nurse Holly as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

I.  **THE AMENDED COMPLAINT**

The amended complaint is very similar to the original complaint and contains many, but not all, of the claims raised in the original complaint: deliberate indifference to a serious medical need in violation of the eighth amendment; denial of access to the courts, in violation of the first amendment; unwanted administration of psychotropic

drugs in violation of the fourteenth amendment; retaliatory segregation from the prison population in violation of the fourteenth amendment; and, a supplemental state claim of medical malpractice. The amended complaint adds as defendants R. N. Missy, R.N. Loraine, Nurse Quanni, Nurse Gloria, Nurse Betty, Nurse Lisa, R.N. Becky and Nurse Holly.

## II.   STANDARD OF REVIEW

When a litigant proceeds *in forma pauperis,* 28 U.S.C. § 1915 provides for dismissal under certain circumstances. When a prisoner seeks redress in a civil action, 28 U.S.C. § 1915A provides for screening of the complaint by the court. Both 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1) provide that the court may dismiss a complaint, at any time, if the action is frivolous, malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant immune from such relief. An action is frivolous if it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

The court must "accept as true factual allegations in the complaint and all reasonable inferences that can be drawn therefrom." *Nami v. Fauver*, 82 F.3d 63, 65 (3d Cir. 1996)(citing *Holder v. City of Allentown*, 987 F.2d 188, 194 (3d Cir. 1993)). Additionally, *pro se* complaints are held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim when "it appears 'beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'" *Haines v. Kerner*, 404 U.S. 519, 520-521 (1972)(quoting *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957)).

### III. ANALYSIS

The amended complaint adds as new defendants R. N. Missy, R.N. Loraine, Nurse Quanni, Nurse Gloria, Nurse Betty, Nurse Lisa, R.N. Becky, and Nurse Holly. "A defendant in a civil rights action must have personal involvement in the alleged wrongs" to be liable. *Sutton v. Rasheed*, 323 F.3d 236, 249 (3d Cir. 2003) (quoting *Rode v. Dellarciprete*, 845 F.2d 1195, 1207 (3d Cir. 1988). The complaint contains absolutely no mention of these defendants other than to include them in the caption of the case and in the listing of defendants. Gillis simply provides no facts to support a claim against these eight defendants. Accordingly, the claims against R. N. Missy, R.N. Loraine, Nurse Quanni, Nurse Gloria, Nurse Betty, Nurse Lisa, R.N. Becky and Nurse Holly as presented, lack an arguable basis in law or in fact and must, therefore, be dismissed as frivolous *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

### IV. CONCLUSION

IT IS THEREFORE ORDERED that the amended complaint and defendants R. N. Missy, R.N. Loraine, Nurse Quanni, Nurse Gloria, Nurse Betty, Nurse Lisa, R.N. Becky, and Nurse Holly are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). The case will proceed on the original complaint.

_____
UNITED STATES DISTRICT JUDGE

February ___, 2006
Wilmington, Delaware