ORIGINAL

United States District Court
District of Delaware

Civil Action File Number 04-921-KAJ

Vurnis L. Gillis
    Plaintiff
vs.
Charles Toliver, et.al.,
    Defendants

FILED
FEB 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

State of Delaware   )
                    ) ss:
County of New Castle )

Affidavit in Support of the Plaintiff's Motion For Appointment of Counsel

Vurnis Gillis, being duly sworn, depose and says:

1. I am the Plaintiff in the above entitled case. I make this Affidavit in support of my motion for the Appointment of New Counsel.

[1.]

2. The complaint in this case alleges that the plaintiff has not been able to inquire a counsel to now represent him due to this case, appointment of counsel stated he would contact me within 30 days to let me know if he would represent me or not, appointment of counsel has not represented me as of yet, and is not showing any progress in this case.

3. The complaint in this case also alleges that the plaintiff has been subjected to segregation among psychotics and forced on psychotropic medications, his mail being obstructed, and denied medical case for a medical condition he was told he has.

4. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

[2.]

5. The case involves medical issues that may require expert testimony.

6. The Plaintiff has demanded a jury trial.

7. The case will require discovery of documents and depositions of a number of witnesses.

8. The testimony will be in sharp conflict with that of the Defendants

9. The Plaintiff has only a high school education and has no legal education.

10. The Plaintiff is currantly segregated on a mental health unit and being subjected to psychotropic medications and needs assistance to investigate the facts, and locate witnesses.

11. As set forth in the memorandum of law submitted with this motion, these facts, along with the legal merit of the Plaintiffs claims, support the appointment of counsel, to represent the Plaintiff.

Wherefore, the Plaintiffs motion for the appointment of new counsel should be granted.

*Vurnis Gillis* (signature)
Vurnis L. Gillis

Sworn to before me this 6th day of February, 2006

*Timothy S. Mast* (signature)
(Notary Public)

my Commission expires: June 14th 2006

[4.]



IM/Mr Vuenis L. Gillis Jones
SBI# 00180180 UNIT Bldg. 23 D-Tier 5uu upper #8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570