Dear Office of the Clerk

Hello How are you doing I am writing in regard to a motion which was filed concerning counsel, at this time me the Plaintiff still have not been able to attain counsel for representation, upon writing this missive I would sincerely appreciate it very much if your office could please forward this information to the Honorable Judge Kent A. Jordan for his review. This motion was filed on 2-6-06.

Sincerely

Mr. Vurnis Linwood Gillis Jones #00180180
Bldg. 23 D-Tier SNU upper level #8
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware. 19977

CA 04-921 KAJ

2006 FEB 22 PM 3:23

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE