OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 23, 2006

TO: Vurnis Gillis
SBI#180180
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Status Letter; 04-921(KAJ)**

Dear Mr. Gillis:

    This office received a letter from you requesting the status of case 04-921. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

Dear Office of the Clerk

Hello How are you doing I am writing in regard to a motion which was filed concerning counsel, at this time me the Plaintiff still have not been able to attain counsel for representation, upon writing this missive I would sincerely appreciate it very much if your office could please forward this information to the Honorable Judge Kent A. Jordan for his review. This motion was filed on 2-6-06.

        Sincerely

Mr. Vurnis Linwood Gillis Jones #00180180
Bldg. 23 D-Tier SNU upper level #8
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware. 19977

CA 04-921 KAJ

2006 FEB 22 PM 3:23

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED