United State District Court
District of Delaware

Vurnis L. Gillis     Civil Action No. 04-921-KAJ
     Plaintiff

v.

Stan Taylor, et al.,
     Defendants


FILED
MAR 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Appointment of Counsel

The Plaintiff, Vurnis Gillis Pursuant To 28 USC § 1915. Request This Court To Appoint Counsel For A Second Time To Represent Him in This Case For The Following Reasons:

1. The Plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

[1.]

3. The Plaintiff, as a segregated and incarcerated prisoner has extremely limited time and access to the law library

4. The Plaintiff has limited knowledge of law.

5. The Plaintiff is currantly taking psychotropic medications and injections which affects his ability to write and think at times which keeps him disorient in order to better be able to prepare his case

6. Plaintiff still has not been able to attain counsel concerning his case to better enable him through the course of representation to be able to prepare his defense in this case and its entirely before this case is dismiss

[2.]

7. THE SERIOUSNESS OF THE PLAINTIFFS CLAIMS.

Signed: *Vurnis L. Gillis Jones*
Delaware Correctional Center
Bldg. 23 D-Tier SNU Upper #8
1181 Paddock Road
Smyrna, Del. 19977

Date: 2-27-06

Sworn to subscribed before me this 27 day of February 2006

_____
Notary Public
My Commission expires
6-17-2006

[3.]

NOTICE OF MOTION

To: _____
ATTORNEY FOR DEFENDANTS

PLEASE TAKE NOTICE, THAT THE UNDERSIGNED WILL BRING THE ABOVE MOTION ON FOR HEARING BEFORE THIS COURT AT ROOM _____, UNITED STATES COURT HOUSE, 844 NORTH KING STREET, WILMINGTON, DELAWARE. 19801, ON THE _____ DAY OF _____. 2006 AT 10:00 A.M. OR AS SOON THERE AFTER AS HE MAY BE HEARD.

[4.]

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6651
DIRECT FAX: 302-576-3319
rmorse@ycst.com

February 8, 2006

**ATTORNEY MAIL**

Mr. Vurnis Linwood Gillis Jones
SBI#180180
Building 23 D-Tier SNU Upper #8
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: <u>Gillis v. Taylor, et al.</u>

Dear Mr. Gillis:

On the basis of my investigation of your case, I have concluded that I will not be able to be of any help to you. I dictated a letter last month to tell you that, but I learned today that as the result of an error it was never typed. I apologize for the delay in giving you this information.

Pursuant to your request, I enclose copies of the materials you gave me to aid in my investigation of the case.

Sincerely yours,

*Richard Morse*

Richard H. Morse

RHM:mmeeh
Enclosures

DB02:5168882.1                                                                                                    900006.0001



I/M Vureus L Gillis Jones
SBI# 00186180 UNIT Bldg. 23 D-Tier SHU upper level #8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570