ORIGINAL

United States District Court
District of Delaware

Civil Action No. 04-921-KAJ

Vurnis L. Gillis
    Plaintiff
v.
Stan Taylor, et al.,
    Defendants



FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion For Appointment of Counsel

The Plaintiff, Vurnis Gillis pursuant to 28 USC §1915. Request this Court to appoint counsel for a third time to represent him in this case for the following reasons:

1. The Plaintiff is unable to afford counsel, the Plaintiff has repeatedly tried to attain counsel.

[1.]

2. The issues involved in this case are complex

3. The Plaintiff, as a segregated and incarcerated prisoner has extremely limited time and access to the law library

4. The Plaintiff does not have an education in the law and has limited knowledge as to the law.

5. The Plaintiff is currantly taking psychotropic medications and injections which affects his ability to write and think at times which keeps him disorient in order for him to better be able to prepare his case.

6. Plaintiff still has not been able to attain for counsel

[2.]

concerning his case to better enable him through the course of seeking representation on his behalf to be able to prepare his defense in this case and its entirely before this case is dismiss.

7. The Plaintiff has not been before the court in which he has not had an judicial hearing in order to be placed on psychotropic medications which his due process was violated.

8. The seriousness of the Plaintiffs claims.

Signed: Vurnis L. Gillis
Delaware Correctional Center
1181 Paddock Road
Smyrna, Del. 19977

Date:

Sworn to and subscribed before me this 31st day of March 2006.

Timothy J. Martin
(Notary Public)
My Commission expires: June 14th 2006

NOTICE OF MOTION

TO: _____
ATTORNEY FOR DEFENDANTS

PLEASE TAKE NOTICE, THAT THE UNDERSIGNED WILL BRING THE ABOVE MOTION ON FOR HEARING BEFORE THIS COURT AT ROOM _____, UNITED STATES COURT HOUSE, 844 NORTH KING STREET, WILMINGTON, DELAWARE. 19801, ON THE _____ DAY OF _____, 2006 AT 10:00 A.M. OR AS SOON THEREAFTER AS HE MAY BE HEARD.

[4.]




IM/Mr. Vurnis L. Gillis Jones
SBI# 00180180 UNIT Bldg. 23 D-Tier sude upper #8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

U.S.M.S. X-RAY