Dear Clerk of the Court

Enclose is copies of motions for Appointment of Counsel, also to my belief I am pretty sure all legal mail is suppose to be sealed, upon receiving my legal mail from your office my legal mail is not at all being sealed when I receive it in my presence from your office, my major concern is that this is a violation and the correctional officers are reading my legal mail.



FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned