Dear Honorable Judge Kent A. Jordan

April 4-22-06

Action Case No. 04-921-KAJ

FILED
APR 25 2006
U.S. DIST.
(B) Scanned

Sir Hello How are you doing, I want to sincerely bring to your attention that soon I wont be able to further respond to the Clerk of the Court when referring to my present case which is now pending in your Court, due to and because of not being able to have access or the necessary means of my personal property which was removed from me for no just cause by the prison staff and mainly the mental health staff which the lawsuit is pending against, I am not able to send mail to the Courts Because I dont have access to my personal property,

and legal work. Also I don't have any write ups and I am not in Isloation and I am not a threat to the administration I am in the prison infirmary not because of health or anything, But state law calls for all prisoners to receive reccreation and I am not receiving it. The prison administration is simply trying to stagnate and also frustrate my efforts in pursuing my lawsuit by sending me which they have plan to the Delaware State Hospital as soon as possible. Now in a process like this I am unable to continue to be able to better prepare my case in my best defense, which my personal property is stored in the prisons property room which I am in dire need of. This is another conspiracy issue, I appreciate it if you can please block me from being sent to the Delaware State Hospital with an court order and to be able to receive my property. Again I don't have any mental health challenges, I am,

Terribly sorry you have a disbelief as to what I indicated in my latest recent missive concerning as I so stated about this institution using Biofeedback to torture its prisoners. Also I am sorry you feel the way you feel when something like this is indicated to you, and it is only normal you think that I have some type of mental health challenges, but I must say I put my faith in God. Also I am fully aware and of my surroundings, its just that you believe that nothing of such nature could occur, just like the inadequate medical care. I was. Let me say this one thing all things are made possible but something like I indicated is of the Devils work, which and when referring to the Biofeedback.

I sincerely and humbley come before you the Honorable Judge Kent A. Jordan hoping and praying that you will contact this prison to let it be known that I can have access to my personal property which at this present moment I am unable to have my personal property because I am housed in the prisons infirmary and which they are in violation of not letting me have my property in the prisons infirmary. I appreciate your sincere concern and I look forward towards your prompt response concerning these matters and thank you for your assistance.

Sincerely
Mr. Vurnis L. Gillis Jones #00180180
Bldg. D-Infirmary Tier-D Cell #88



I/M MR. Vurnis L.G. Jones
SBI# 00180180 UNIT Bldg. D-Infirmary Tier D-Cell #188
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
844 N. King Street Lockbox 18
Wilmington, Del. 19861