IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VURNIS GILLIS,                          )
                                        )
            Plaintiff,       )
                                        )
      v.                     ) Civil Action No. 04-921-KAJ
                                        )
STAN TAYLOR, PAUL HOWARD,    )
THOMAS CARROLL, ELIZABETH    )
BURRIS, LAWRENCE MCGUIGEN,   )
CHARLES CUNNINGHAM,          )
NFN HOLMAN, EMILY STEVENSON, )
NMN PORTER, MERRISSA MCFADDEN,)
JOESEPH HODSON, NMN WEISS,   )
NMN KHO, NMN ROBINSON, MARTHA,)
BOSTON, RICHARD SADOWSKI,    )
KEVIN HOFFECKER, DIANNE      )
STACHOWSKI, JIM SIMMS,       )
NMN FEMME, NMN GWEN, CHAVON  )
DOTTINS, IGC LISE MERSON,    )
JOHN DOE THREE, MIKE LITTLE, )
ED JOHNSON, NLN MARIA,       )
TIMOTHY MARTIN, BRIAN ENGRAMS,)
OSMAR SAMANDER, BRENDA       )
HOLWERDA, AND NMN RAMON,     )
                                        )
            Defendants.      )


**ORDER RECOGNIZING REPRESENTATION**


      The Court recognizes that Zhun Lu, Esquire, has agreed to

represent the plaintiff Vurnis Gillis, as counsel of record in the

above captioned case.  Counsel's representation shall remain in

effect until the final determination of this case unless, prior

thereto, this order is amended or revoked by further order of the

Court.

DATE: _____5/3/06_____

_____
United States District Judge