IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-921-KAJ |
| STAN TAYLOR, PAUL HOWARD, | ) |
| THOMAS CARROLL, ELIZABETH | ) |
| BURRIS, LAWRENCE McGUIGEN, | ) |
| CHARLES CUNNINGHAM, NFN | ) |
| HOLMAN, EMILY STEVENSON, NMN | ) |
| PORTER, MERISSA McFADDEN, | ) |
| JOESEPH HODSON, NMN WEISS, NMN | ) |
| KHO, NMN ROBINSON, MARTHA | ) |
| BOSTON, RICHARD SADOWSKI, | ) |
| KEVIN HOFFECKER, DIANNE | ) |
| STACHOWSKI, JIM SIMMS, NMN | ) |
| FEMME, NMN GWEN, CHAVON | ) |
| DOTTINS, IGC LISE MERSON, JOHN | ) |
| DOE THREE, MIKE LITTLE, ED | ) |
| JOHNSON, NLN MARIA, TIMOTHY | ) |
| MARTIN, BRIAN ENGRAMS, OSMAR | ) |
| SAMANDER, JOHN DOE FOUR, JOHN | ) |
| DOE SIX, JOHN DOE SEVEN, BRENDA | ) |
| HOLWERDA, NMN RAMON, JOHN DOE | ) |
| FIVE, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Before me are three Motions to Appoint Counsel (Docket Items [D.I.] 72, 75, and 76 the "Motions") filed by the plaintiff Vurnis Gillis, ("Gillis"). Because this Court has already granted Gillis' motion to appoint counsel, the Motions are moot. Gillis filed his complaint *in forma pauperis*, requesting relief for Defendants violations of his constitutional rights, and also alleging claims under state tort law. (D.I. 25). On October 6, 2005 I granted Gillis' motions to appoint counsel. *Gillis v. Toliver*, No. 04-921, 2005 WL 2464991, at *6 (D.Del. Oct. 6, 2005). Since that time, Gillis has filed

three additional Motions to Appoint Counsel. (D.I. 72, 75, and 76.) However, on May 5, 2005, I entered an order recognizing the entry of an appearance by Zhan Lu, Esquire, on behalf of Gillis. (D.I. 79.)

Accordingly, IT IS HEREBY ORDERED that Gillis' additional Motions to Appoint Counsel (D.I. 72, 75, and 76) are denied as moot.

UNITED STATES DISTRICT JUDGE

May 8, 2006
Wilmington, Delaware