May 5-10-06

Dear Clerk of the Court
                    Civil Action No. 04-921-KAJ
Hello how are you doing I would like for you too acknowledge that this missive is in receipt to all of the numerous payments which have been paid up front on this civil action case, please advise and bring to my attention as being very specific approximately all of the many past and recent payments been paid on this present case, please I am requiring that you sincerely make available to me frequent as well as previous accounts that have been paid financially in sending or providing me a read out of all receipts when referring to this civil action case.

                Sincerely

Mr. Vurnis L. Gillis Jones #00180180
Bldg. D - Infirmary Cell #188

FILED
MAY 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

INMATE Vurnis L. Gillis Jones
SBI# 00180180 UNIT Bldg. D- Infirmary/Cell #88M 3T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 APR M 3T

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Del. 19801-3570