OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2006

TO: Vurnis L. Gillis (Jones)
SBI# 00180180
DCC

*RE: Clerk's Office Response to Letter dated 5/10/06 Regarding Payments in CA 04-921 KAJ Gillis v. Toliver, et.al.*

Dear Mr. Gillis:

This office received a letter from you requesting the history of your payments in subject case. The Court's financial records indicate that a filing fee of $150.00 was assessed on 1/14/05, and that payments totaling $19.00 have been received and docketed to date. Copies of the docket and payment ledger are enclosed.

In that you are now represented by counsel, papers intended for filing with the Court should be presented through your attorney, Mr. Zhun Lu, Connolly Bove Lodge & Hutz.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

BY: _____
Deputy Clerk

PETER T. DALLEO
CLERK

cc: CA 04-921 KAJ
Financial Administrator

enc. Docket Sheet and payment ledger

May 5-10-06

(81)

Dear Clerk of the Court

Civil Action No. 04-921-KAJ

Hello How are you doing I would like for you too acknowledge that this missive is in receipt to all of the numerous payments which have been paid up front on this civil action case, please advise and bring to my attention as being very specific approximately all of the many past and recent payments been paid on this present case, please I am requiring that you sincerely make available to me frequent as well as previous accounts that have been paid financially in sending or providing me a read out of all receipts when referring to this civil action case.

Sincerely

Mr. Vurnis L. Gillis Jones #00180180
Bldg. D - Infirmary Cell #188

FILED
MAY 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Mr. Vurnis L. Gillis Jones
SBI# 00180180 UNIT Bldg. D- INFIRMARY
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
LGH #88 3 T

Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Del. 19801-3570

19801+3570

*PRISONER LITIGATION LEDGER*

VURNIS GILLIS V. STAN TAYLOR, ET AL.

CA 04-921-KAJ
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/14/2005 | | | | 150 |
| 1/5/2006 | PL5100 | 141755 | 4 | 146 |
| 3/16/2006 | PL5100 | 142762 | 10 | 136 |
| 5/4/2006 | PL5100 | 143328 | 5 | 131 |
| | | | | 131 |
| | | | | 131 |
| | | | | 131 |
| | | | | 131 |
| | | | | 131 |
| | | | | 131 |

U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:04-cv-00921-KAJ
Internal Use Only

Gillis v. Toliver, et al
Assigned to: Honorable Kent A. Jordan
Demand: $0
Case in other court: USDC/DE, 02cv1343KAJ
　　　　　　　　　　 USDC/DE, 96cv409RRM
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/04/2004
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Vurnis Gillis**　　　　　　　　　　represented by　**Zhun Lu**
　　　　　　　　　　　　　　　　　　　　　　　　　　Connolly, Bove, Lodge & Hutz
　　　　　　　　　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　　　　　　　　　1007 North Orange Street
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 658-9141
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Judge Charles H. Toliver, IV**
*TERMINATED: 10/06/2005*

**Defendant**

**Stan Taylor**　　　　　　　　　　represented by　**Erika Yvonne Tross**
　　　　　　　　　　　　　　　　　　　　　　　　　　Delaware Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　　　820 North French Street
　　　　　　　　　　　　　　　　　　　　　　　　　　6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 577-8400
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 577-5866
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Erika.Tross@state.de.us
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Howard**　　　　　　　　　　represented by　**Erika Yvonne Tross**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Carroll**      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Burris**      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence McGuigen**      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Cunningham**

**Defendant**

**NFN Holman**      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emily Stevenson**      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NMN Porter**      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrissa McFadden**      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joeseph Hodson**

**Defendant**

**John Doe One**

*TERMINATED: 10/06/2005*

**Defendant**

**John Doe Two**
*TERMINATED: 10/06/2005*

**Defendant**

**NMN Weiss**

**Defendant**

**NMN Kho**

**Defendant**

**NMN Robinson**

**Defendant**

**Martha Boston**

**Defendant**

**Richard Sadowski**

**Defendant**

**Kevin Hoffecker**

**Defendant**

**Dianne Stachowski**

**Defendant**

**Jim Simms**                                          represented by **Erika Yvonne Tross**
                                                                            (See above for address)
                                                                            *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**NMN Femme**

**Defendant**

**NMN Gwen**

**Defendant**

**Chavon Dottins**

**Defendant**

**IGC Lise Merson**                                    represented by **Erika Yvonne Tross**
                                                                            (See above for address)
                                                                            *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe Three**
*TERMINATED: 11/16/2005*

**Defendant**

**Mike Little**            represented by    **Erika Yvonne Tross**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ed Johnson**            represented by    **Erika Yvonne Tross**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NLN Maria**            represented by    **Erika Yvonne Tross**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy Martin**            represented by    **Erika Yvonne Tross**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Engrams**            represented by    **Erika Yvonne Tross**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Osmar Samander**            represented by    **Erika Yvonne Tross**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe Four**
*TERMINATED: 11/16/2005*

**Defendant**

**John Doe Six**
*TERMINATED: 11/16/2005*

**Defendant**

**John Doe Seven**

*TERMINATED: 11/16/2005*

**Defendant**

**Brenda Holwerda**

**Defendant**

**NMN Ramon**

**Defendant**

**John Doe Five**
*TERMINATED: 11/16/2005*

**Defendant**

**RN Missy**
*TERMINATED: 02/01/2006*

**Defendant**

**RN Lorraine**
*TERMINATED: 02/01/2006*

**Defendant**

**Nurse Quanni**
*TERMINATED: 02/01/2006*

**Defendant**

**Nurse Gloria**
*TERMINATED: 02/01/2006*

**Defendant**

**Nurse Betty**
*TERMINATED: 02/01/2006*

**Defendant**

**Nurse Lisa**
*TERMINATED: 02/01/2006*

**Defendant**

**RN Becky**
*TERMINATED: 02/01/2006*

**Defendant**

**Nurse Holly**
*TERMINATED: 02/01/2006*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/04/2004 | 1 | MOTION by Vurnis Gillis to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 08/05/2004) |

| | | |
|---|---|---|
| 08/04/2004 | 2 | COMPLAINT filed. (els) (Entered: 08/05/2004) |
| 08/04/2004 | | DEMAND for jury trial by Vurnis Gillis (els) (Entered: 08/05/2004) |
| 08/04/2004 | 3 | MOTION by Vurnis Gillis for Appointment of Counsel re: [3-1] motion (els) (Entered: 08/05/2004) |
| 08/04/2004 | 4 | AFFIDAVIT in support by Vurnis Gillis Re: [3-1] motion for Appointment of Counsel (els) (Entered: 08/05/2004) |
| 08/04/2004 | 5 | MOTION by Vurnis Gillis for Leave to File Amended Complaint re: [5-1] motion (els) (Entered: 08/05/2004) |
| 08/11/2004 | 6 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 08/11/2004) |
| 01/14/2005 | 7 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. An initial partial filing fee of $3.17 shall be required. Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 2/14/05 for Vurnis Gillis ( signed by Judge Kent A. Jordan ) copy to: Pltf w/Mag. Consent form (rwc) (Entered: 01/18/2005) |
| 01/14/2005 | | FILING FEE $ 150.00 assessed. (rwc) (Entered: 01/18/2005) |
| 02/10/2005 | 8 | Authorization by Vurnis Gillis requesting prison business office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (ntl) (Entered: 02/10/2005) |
| 03/15/2005 | 9 | Letter dated 3/14/05 to Clerk from Vurnis L. Gillis requesting docket sheet. (rwc, ) (Entered: 03/16/2005) |
| 03/16/2005 | 10 | Letter dated 3/16/05to Vurnis Gillis from Clerk regarding reponse to DI#9, docket sheet enclosed. (rwc, ) (Entered: 03/16/2005) |
| 03/21/2005 | 11 | Letter dated 3/16/05 to Clerk from Vurnis Gillis enclosing handwritten summonses for service upon defendants. (rwc, ) (Entered: 03/22/2005) |
| 03/21/2005 | 12 | MOTION to Appoint Counsel - filed by Vurnis Gillis. (rwc, ) (Entered: 03/22/2005) |
| 03/21/2005 | 13 | AFFIDAVIT of Vurnis Gillis in support of DI#12 filed by Vurnis Gillis. (rwc, ) (Entered: 03/22/2005) |
| 03/22/2005 | 14 | Letter dated 3/22/05 to Vurnis L. Gillis from Clerk in response to DI# 11, no service order has yet been issued. (rwc, ) (Entered: 03/22/2005) |
| 03/31/2005 | 16 | Letter to Clerk from Vurnis L. Gillis regarding USM-285 forms. (ntl, ) (Entered: 04/01/2005) |
| 04/01/2005 | 15 | Letter to Vurnis L. Gillis from Clerk regarding U.S. Marshal 285 forms. (ntl, ) (Entered: 04/01/2005) |
| 07/19/2005 | 17 | Letter dated 7/18/05 to Judge Jordan from Vurnis L. Gillis regarding complaint of "imminent danger of serious extreme psychological and |

| | | |
|---|---|---|
| | | physical injury due to court order of taking any and all medications..." (Attachments: # 1)(rwc, ) (Entered: 07/20/2005) |
| 08/09/2005 | 18 | Letter dated 8/8/05 to Clerk from Vurnis L. Gillis regarding request for status and docket sheet. (rwc, ) (Entered: 08/10/2005) |
| 08/11/2005 | 19 | Letter dated 8/11/05 to Vurnis L. Gillis from Clerk regarding response to DI# 18. (rwc, ) (Entered: 08/11/2005) |
| 08/17/2005 | 20 | Letter dated 8/16/05 to Clerk from Vurnis L. Gillis regarding request for docket sheet. (rwc, ) Additional attachment(s) added on 8/18/2005 (rwc, ). (Entered: 08/18/2005) |
| 08/19/2005 | 21 | Letter dated 8/19/05 to Vurnis Gillis from Clerk regarding in response to DI# 20. (rwc, ) (Entered: 08/22/2005) |
| 09/12/2005 | 22 | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order - filed by Vurnis Gillis. (Attachments: part 2)(rwc, ) (Entered: 09/12/2005) |
| 10/06/2005 | 23 | MEMORANDUM ORDER - (1) dismissing as frivolous, Gillis's 1st Amendment claims for denial of access to the courts; (2) Gillis's remaining claims deemed non-frivolous; (3) dismissing defendants John Doe One, John Doe Two, and Judge Toliver; (4) granting Gillis's Motion [5] to Amend; and (6) granting Gillis's Motions [3], 12 for Appointment of Counsel. Signed by Judge Kent A. Jordan on 10/6/05. (rwc, ) (Entered: 10/06/2005) |
| 10/06/2005 | | *** Party John Doe Two; John Doe One and Charles H. Toliver, IV terminated per DI#23. (rwc, ) (Entered: 10/06/2005) |
| 10/06/2005 | 24 | ORDER, Clerk of Court to attempt to refer representation of plaintiff to member of Federal Civil Panel. Standing Order re Federal Civil Panel is incorporated by reference. Signed by Judge Kent A. Jordan on 10/6/05. (rwc, ) (Entered: 10/06/2005) |
| 10/14/2005 | 25 | AMENDED COMPLAINT - amending [2] Complaint - filed by Vurnis Gillis. (rwc, ) (See Memorandum Order 23 ). Modified on 11/16/2005 (rwc, ). (Entered: 10/17/2005) |
| 11/03/2005 | | Remark: Copy of D.I. 7 and 8 resent to Prison Business Office, DCC. (rbe, ) (Entered: 11/03/2005) |
| 11/03/2005 | 26 | ORDER, plaintiff shall return to Clerk original USM 285 form(s) for each Deft & DE Atty Gen. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.) Signed by Judge Kent A. Jordan on 11/3/05. (rwc, ) (Entered: 11/04/2005) |
| 11/16/2005 | 27 | Letter to Vurnis Gillis from Clerk acknowledging receipt of USM 285 forms for service by U.S. Marshal per Order 26. (rwc, ) (Entered: 11/16/2005) |
| 11/16/2005 | | ***Motions terminated: 25 MOTION to Amend/Correct [2] Complaint filed by Vurnis Gillis (same is the Amended Complaint permitted by |

| | | |
|---|---|---|
| | | Order 23. (rwc, ) (Entered: 11/16/2005) |
| 11/16/2005 | | ***Party RN Missy, and RN Lorraine, and Nurse Quanni, and Nurse Gloria, and Nurse Betty, and Nurse Lisa, and RN Becky, and Nurse Holly added. Party John Doe Seven; John Doe Six; John Doe Three; John Doe Five and John Doe Four terminated per DI# 25. (rwc, ) (Entered: 11/16/2005) |
| 11/16/2005 | | Remark : Exit service copies of DI#'s 2, 5, 25, 7, 24, 22 & 23 to U.S. Marshal for service upon defts per Order. (rwc, ) (Entered: 11/16/2005) |
| 11/18/2005 | 28 | USM 285 Returned Unexecuted as to Mrs. Gwen. (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 29 | USM 285 Returned Unexecuted as to NLN Maria. (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 30 | USM 285 Returned Unexecuted as to John Doe 7 (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 31 | USM 285 Returned Unexecuted as to John Doe 6 (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 32 | USM 285 Returned Unexecuted as to John Doe 5 (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 33 | USM 285 Returned Unexecuted as to John Doe 4 (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 34 | USM 285 Returned Unexecuted as to Martha Boston. (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 35 | USM 285 Returned Unexecuted as to John Doe 3 (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 36 | USM 285 Returned Unexecuted as to Dr. Kho. (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 37 | USM 285 Returned Unexecuted as to Brenda Holwerda. (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 38 | USM 285 Returned Unexecuted as to Dr. Robinson. (rwc, ) (Entered: 11/18/2005) |
| 11/18/2005 | 39 | USM 285 Returned Unexecuted as to Dr. Ramon. (rwc, ) (Entered: 11/18/2005) |
| 12/06/2005 | 40 | WAIVER OF SERVICE with 285 form returned executed For Mike Little waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 41 | WAIVER OF SERVICE with 285 form returned executed For Lise Merson waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 42 | WAIVER OF SERVICE with 285 form returned executed For Cpt |

| | | |
|---|---|---|
| | | Holman waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 43 | WAIVER OF SERVICE with 285 form returned executed For Brian Engrams waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 44 | WAIVER OF SERVICE with 285 form returned executed For Paul Howard waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 45 | WAIVER OF SERVICE with 285 form returned executed For Lawrence McGuigen waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 46 | WAIVER OF SERVICE with 285 form returned executed For Ricky L. Porter waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 47 | USM 285 Returned Unexecuted as to Charles Cunningham. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 48 | USM 285 Returned Unexecuted as to Joeseph Hodson. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 49 | WAIVER OF SERVICE with 285 form returned executed For Timothy Martin waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 50 | WAIVER OF SERVICE with 285 form returned executed For Stan Taylor waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/06/2005) |
| 12/06/2005 | 51 | USM 285 Returned Executed on Delaware Attorney General (rwc, ) (Entered: 12/06/2005) |
| 12/07/2005 | 52 | WAIVER OF SERVICE with 285 form returned executed For Thomas Carroll waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/07/2005) |
| 12/08/2005 | 53 | WAIVER OF SERVICE with 285 form returned executed For Jim Simms waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/08/2005) |
| 12/08/2005 | 54 | USM 285 Returned Unexecuted as to Doctor Weiss. (rwc, ) (Entered: 12/08/2005) |
| 12/14/2005 | 55 | WAIVER OF SERVICE with 285 form returned executed For Osmar Samander waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/14/2005) |
| 12/14/2005 | 56 | WAIVER OF SERVICE with 285 form returned executed For Ed Johnson waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 12/14/2005) |
| | | |

| | | |
|---|---|---|
| 12/20/2005 | 57 | USM 285 Returned Unexecuted as to Kevin Hoffecker. (rwc, ) (Entered: 12/20/2005) |
| 12/20/2005 | 58 | USM 285 Returned Unexecuted as to Richard Sadowski. (rwc, ) (Entered: 12/20/2005) |
| 12/20/2005 | 59 | USM 285 Returned Unexecuted as to Dianne Stachowski. (rwc, ) (Entered: 12/20/2005) |
| 12/21/2005 | 60 | USM 285 Returned Unexecuted as to Chavon Dottins. (rwc, ) (Entered: 12/21/2005) |
| 01/05/2006 | | Partial Filing Fee Received from Vurnis Gillis: $ 4.00, receipt number 141755 (copy to business office) (bad, ) (Entered: 01/09/2006) |
| 01/09/2006 | 61 | WAIVER OF SERVICE with 285 form returned executed For Merrissa McFadden waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 01/09/2006) |
| 01/12/2006 | 62 | USM 285 Returned Unexecuted as to Mr. Femme. (rwc, ) (Entered: 01/12/2006) |
| 01/12/2006 | 63 | Summons Returned Unexecuted as to Emily Stevenson. (rwc, ) (Entered: 01/12/2006) |
| 01/13/2006 | 64 | WAIVER OF SERVICE with 285 form returned executed For Elizabeth Burris waiver sent on 11/17/2005, answer due 1/17/2006. (rwc, ) (Entered: 01/13/2006) |
| 01/17/2006 | 65 | NOTICE of Appearance by Erika Yvonne Tross on behalf of Emily Stevenson, NMN Porter, Merrissa McFadden, Jim Simms, Lise Merson, Mike Little, Ed Johnson, NLN Maria, Timothy Martin, Brian Engrams, Osmar Samander, Stan Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigen, NFN Holman (Tross, Erika) (Entered: 01/17/2006) |
| 01/17/2006 | 66 | MOTION to Dismiss for Failure to State a Claim - filed by Emily Stevenson, NMN Porter, Merrissa McFadden, Jim Simms, Lise Merson, Mike Little, Ed Johnson, NLN Maria, Timothy Martin, Brian Engrams, Osmar Samander, Stan Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigen, NFN Holman. (Tross, Erika) (Entered: 01/17/2006) |
| 01/17/2006 | 67 | REDACTED OPENING BRIEF in Support re 66 MOTION to Dismiss for Failure to State a Claim filed by Emily Stevenson, NMN Porter, Merrissa McFadden, Jim Simms, Lise Merson, Mike Little, Ed Johnson, NLN Maria, Timothy Martin, Brian Engrams, Osmar Samander, Stan Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigen, NFN Holman.Answering Brief/Response due date per Local Rules is 1/31/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Tross, Erika) Modified on 1/18/2006 (rwc, ). (Entered: 01/17/2006) |
| 01/17/2006 | 68 | SEALED OPENING BRIEF in Support re 66 MOTION to Dismiss for |

| | | |
|---|---|---|
| | | Failure to State a Claim filed by Emily Stevenson, NMN Porter, Merrissa McFadden, Jim Simms, Lise Merson, Mike Little, Ed Johnson, NLN Maria, Timothy Martin, Brian Engrams, Osmar Samander, Stan Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigen, NFN Holman.Answering Brief/Response due date per Local Rules is 1/31/2006. (rwc, ) (Entered: 01/18/2006) |
| 01/23/2006 | 69 | REDACTED VERSION of 68 Opening Brief in Support,, 67 Opening Brief in Support,, by Emily Stevenson, NMN Porter, Merrissa McFadden, Jim Simms, Lise Merson, Mike Little, Ed Johnson, NLN Maria, Timothy Martin, Brian Engrams, Osmar Samander, Stan Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, Lawrence McGuigen, NFN Holman. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Tross, Erika) (Entered: 01/23/2006) |
| 01/25/2006 | 70 | MEMORANDUM ORDER - denying 22 MOTION for Temporary Restraining Order filed by Vurnis Gillis. Signed by Judge Kent A. Jordan on 1/25/06. (rwc, ) (Entered: 01/25/2006) |
| 02/01/2006 | 71 | Memorandum ORDER - dismissing w/out prejudice : Nurse Holly; Nurse Lisa; Nurse Quanni; RN Becky; RN Lorraine; RN Missy; Nurse Betty and Nurse Gloria (parties terminated). The case will proceed on the original complaint. Signed by Judge Kent A. Jordan on 2/1/06. (rwc, ) (Entered: 02/01/2006) |
| 02/14/2006 | 72 | Third MOTION to Appoint Counsel - filed by Vurnis Gillis. (rwc, ) (Entered: 02/14/2006) |
| 02/22/2006 | 73 | Letter to Clerk from Vurnis Gillis regarding requesting status. (rwc, ) (Entered: 02/23/2006) |
| 02/23/2006 | 74 | Letter dated 2/23/06 to Vurnis Gillis from Clerk regarding response to - re 73 Letter. (rwc, ) (Entered: 02/23/2006) |
| 03/13/2006 | 75 | FOURTH MOTION to Appoint Counsel - filed by Vurnis Gillis. (rwc, ) (Entered: 03/13/2006) |
| 03/16/2006 | | Partial Filing Fee Received from Vurnis Gillis: $ 10.00, receipt number 142762 (copy to business office) (rbe, ) (Entered: 03/16/2006) |
| 04/12/2006 | 76 | FIFTH MOTION to Appoint Counsel - filed by Vurnis Gillis. (ntl, ) (Entered: 04/13/2006) |
| 04/12/2006 | 77 | Letter to Clerk from Vurnis Gillis regarding legal mail. (ntl, ) (Entered: 04/13/2006) |
| 04/25/2006 | 78 | Letter dated 4/22/06 to Judge Jordan from Vurnis Gillis requesting return of personal property and order blocking return to Delaware State Hospital. (rwc, ) (Entered: 04/25/2006) |
| 05/03/2006 | 79 | ORDER, Court recognizes the agreement of representation by Zhun Lu for Vurnis Gillis. Representation effective until final determination of case, unless otherwise ordered. Signed by Judge Kent A. Jordan on 5/3/06. (rwc, ) (Entered: 05/03/2006) |

| | | |
|---|---|---|
| 05/04/2006 | | Partial Filing Fee Received from Vurnis Gillis: $ 5.00, receipt number 143328 (copy to business office) (rbe, ) (Entered: 05/05/2006) |
| 05/08/2006 | 80 | MEMORANDUM ORDER denying as moot 72, 75, 76 Motions to Appoint Counsel. Signed by Judge Kent A. Jordan on 5/8/06. (rwc, ) (Entered: 05/08/2006) |
| 05/15/2006 | 81 | Letter dated 5/10/06 to Clerk from Vurnis Gillis regarding PLRA account balance inquiry. (rwc, ) (Entered: 05/16/2006) |