UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Vurnis Gillis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-921 (KAJ) |
| ) | |
| Toliver et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SERVICE OF PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

The undersigned counsel for Plaintiffs hereby certifies that a copy of

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was caused

to be served on June 30, 2006 via Hand Delivery upon the following counsel of record:

Erica Y. Tross, Esquire
State of Delaware
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, Delaware 19801

Dated: July 24, 2006

*/s/ Zhun Lu*
Zhun Lu, Esquire (#4427)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 884-6262
Fax: (302) 658-5614
Email: zlu@cblh.com

*Attorney for Plaintiff*

473857-1

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a true and correct copy of the foregoing NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR DOCUMENTS was caused to be served on the following via CM/ECF filing on:

Erica Y. Tross, Esquire
State of Delaware
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, Delaware 19801

*/s/ Zhun Lu*
Zhun Lu, Esquire (#4427)
zlu@cblh.com

473857-1