IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-921-KAJ |
| | ) |
| | ) Jury Trial Demanded |
| JUDGE CHARLES H. TOLIVER, IV, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that a copy of **State Defendants' Responses To Plaintiff's First Request For Documents** was served on August 15, 2006 upon the following individual by U.S. Mail:

Zhun Lu, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

Dated: August 15, 2006