IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-921-KAJ |
| STAN TAYLOR, PAUL HOWARD, | ) |
| THOMAS CARROLL, ELIZABETH | ) |
| BURRIS, LAWRENCE McGUIGEN, | ) |
| CHARLES CUNNINGHAM, NFN | ) |
| HOLMAN, EMILY STEVENSON, NMN | ) |
| PORTER, MERISSA McFADDEN, | ) |
| JOESEPH HODSON, NMN WEISS, NMN | ) |
| KHO, NMN ROBINSON, MARTHA | ) |
| BOSTON, RICHARD SADOWSKI, | ) |
| KEVIN HOFFECKER, DIANNE | ) |
| STACHOWSKI, JIM SIMMS, NMN | ) |
| FEMME, NMN GWEN, CHAVON | ) |
| DOTTINS, IGC LISE MERSON, JOHN | ) |
| DOE THREE, MIKE LITTLE, ED | ) |
| JOHNSON, NLN MARIA, TIMOTHY | ) |
| MARTIN, BRIAN ENGRAMS, OSMAR | ) |
| SAMANDER, JOHN DOE FOUR, JOHN | ) |
| DOE SIX, JOHN DOE SEVEN, BRENDA | ) |
| HOLWERDA, NMN RAMON, JOHN DOE | ) |
| FIVE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 17, 2006, certain defendants filed a motion to dismiss for failure to state a claim (D.I. 66). Plaintiff has failed to respond to the motion. Therefore,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to the motion on or before September 25, 2006, or this case will be dismissed

for failure to prosecute.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2006
Wilmington, Delaware