UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Vurnis Gillis, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Toliver et al., )<br>)<br>Defendants. ) | Civil Action No. 04-921 (KAJ) |

### NOTICE OF SUBPOENA TO DELAWARE PSYCHIATRIC CENTER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45

TO:   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff served a subpoena on Delaware Psychiatric Center.  Attached hereto as Exhibit A is a true and correct copy of that Subpoena.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: August 28, 2006

/s/ Zhun Lu
Zhun Lu, Esquire (#4427)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 884-6262
Fax: (302) 658-5614
Email: zlu@cblh.com
*Attorney for Plaintiff*