# Exhibit A

## AUTHORIZATION

RE:  Gillis v. Toliver et al. Civil Action Case No. 04-921 (KAJ)

To Whom It May Concern:

    This is to authorize Mr. Zhun Lu, Esq., my attorney in the above referenced civil action, to inspect, copy and/or otherwise have access to my medical records in any agency, hospital, institution, mental health facility, division or department of the State of Delaware.

*/s/ Vurnis L. Gillis*
Vurnis L. Gillis

Date: MAY 5-5-06