# Exhibit B

**Zhun Lu**

From: Zhun Lu
Sent: Friday, May 05, 2006 6:27 PM
To: 'Tross Erika (DOJ)'
Subject: RE: Gillis case (04-921 KAJ)


DOC.PDF (14 KB)

    Please see the attached.  I visited Mr. Gillis today and he signed the authorization.

```
>-----Original Message-----
>From: Tross Erika (DOJ) [mailto:Erika.Tross@state.de.us]
>Sent: Friday, May 05, 2006 10:08 AM
>To: Zhun Lu
>Subject: RE: Gillis case (04-921 KAJ)
>
>Mr. Lu:
>
>Please provide me with a signed authorization from your
>client.  After I
>receive the signed authorization I will send you a copy of the records.
>Thank you.
>
>Sincerely,
>Erika Y. Tross, Esq.
>Deputy Attorney General
>Delaware Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>Tele: (302) 577-8400
>Fax:  (302) 577-5866
>Erika.Tross@state.de.us
>
>
>-----Original Message-----
>From: Zhun Lu [mailto:ZLu@cblh.com]
>Sent: Thursday, May 04, 2006 4:58 PM
>To: Tross Erika (DOJ)
>Subject: Gillis case (04-921 KAJ)
>
>
>Dear Ms. Tross:
>As you may know I have been appointed to represent Mr. Gillis in this
>case.  I'd like to have access to his medical records from the time he
>was incarcerated.  Please let me know if we can arrange this
>without the
>filing of formal papers.  I look forward to hearing from you and please
>let me know if there are any questions.  Thanks. Zhun Lu Connolly Bove
>Lodge & Hutz LLP 302-888-6207
>
>
>
>
>
```