# Exhibit C

 **CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

Zhun Lu, Ph.D.
Associate

TEL (302) 888-6207
FAX (302) 658-5614
EMAIL zl@cblh.com
REPLY TO Wilmington Office

June 15, 2006

**VIA EMAIL**
Erika Y. Tross
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801

Re: Civil Action Case No. 04-921-KAJ

Dear Ms. Tross:

Thank you very much for preparing and sending me Mr. Gillis' medical files. However, the records that you provided only refer back to the mid-1990s. Could you please kindly forward to me Mr. Gillis' medical records from 1986 through the mid-1990s to complete our records of this case.

If you have any questions, please feel free to call me. Thank you.

Sincerely,

Zhun Lu, Esq.

ZL/dls
470967
14270*1