# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Vurnis Gillis,<br><br>    Plaintiff,<br><br>v.<br><br>Toliver et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-921 (KAJ)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S FIRST REQUEST FOR DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedures, Plaintiff respectfully requests the following documents be produced within thirty (30) days at Connolly Bove Lodge & Hutz LLP or such other location which is mutually acceptable to the parties:

    1.    Each and all documents referring, reflecting, or relating to Plaintiff's medical records from or around 1986 when Plaintiff was incarcerated to the present (except those already provided to Plaintiff's counsel).

    2.    Each and all documents referring, reflecting, or relating to any psychiatric evaluation of Plaintiff in the following years:

    1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, and 2000 (except those already provided to Plaintiff's counsel).

    3.    Each and all documents referring, reflecting, or relating to Plaintiff's mental or psychiatric conditions at or around the time of Plaintiff's incarceration in 1986.

    4.    Each and all documents referring, reflecting, or relating to each infraction, criminal charge, or other offence, which formed the basis for additional sentences

473857-1

imposed on Plaintiff from 1987 to 2000, including but not limited to, the following charges against Plaintiff on or about the indicated dates:

   a. November 25, 1987, assault in detention facility and second degree conspiracy

   b. October 25, 1989, carrying concealed deadly weapon and promoting prison contraband

   c. February 6, 1991, second degree assault

   d. November 24, 1999, first degree arson

5. Each and all documents Defendants intend to rely upon to prove Plaintiff's mental capacity or incapacity from 1986 to 2000.

6. Each and all documents relating to medications given to Plaintiff by or on behalf of Defendants from 1986 to 2000 (except those already provided to Plaintiff's counsel).

7. Each and all documents removed from Plaintiff's possession during his incarceration or mental/psychiatric confinement, including but not limited to his legal work and papers.

Dated: June 30, 2006

Zhun Lu, Esquire (#4427)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 884-6262
Fax: (302) 658-5614
Email: zlu@cblh.com

*Attorney for Plaintiff*

473857-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a true and correct copy of the foregoing PLAINTIFF'S FIRST REQUEST FOR DOCUMENTS was caused to be served on the following by hand delivery on:

> Erica Y. Tross, Esquire
> State of Delaware
> Department of Justice
> Carvel State Building
> 820 N. French Street
> Wilmington, Delaware 19801

*/s/ Zhun Lu*
Zhun Lu, Esquire (#4427)
zlu@cblh.com

473857-1