## CERTIFICATE OF SERVICE

I, Zhun Lu, hereby certify that on September 25, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Erica Y. Tross, Esquire
>State of Delaware
>Department of Justice
>Carvel State Building
>820 N. French Street
>Wilmington, Delaware 19801

I further certify that on September 25, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record

>/s/ Zhun Lu
>Zhun Lu, Esquire (#4427)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, Delaware 19899
>Telephone: (302) 884-6262
>Fax: (302) 658-5614
>Attorney for Plaintiff
>Email: zlu@cblh.com