IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | I.D. NO. 91001333DI |
| | ) ) ) | Cr.A. No. IN91-02-0159 |
| VERNUS GILLIS, a.k.a. VERNON GILLIS | ) ) ) | |
| Defendant. | ) | |

## ORDER

This 6th day of November 2001, the order entered herein on March 31, 1999, directing that the defendant be required to take any and all medications and/or other treatment as directed by the Department of Correction's Forensic Evaluation Team, remains in effect unless or until modified by order of this Court.

IT IS SO ORDERED.

_____
Toliver, Judge

oc: Prothonotary
cc: Deputy Warden McGuigan, DCC (via fax)