**Tross Erika (DOJ)**

| | |
|---|---|
| From: | Zhun Lu [ZLu@cblh.com] |
| Sent: | Thursday, May 04, 2006 4:58 PM |
| To: | Tross Erika (DOJ) |
| Subject: | Gillis case (04-921 KAJ) |

Dear Ms. Tross:
As you may know I have been appointed to represent Mr. Gillis in this case. I'd like to have access to his medical records from the time he was incarcerated. Please let me know if we can arrange this without the filing of formal papers. I look forward to hearing from you and please let me know if there are any questions. Thanks. Zhun Lu Connolly Bove Lodge & Hutz LLP 302-888-6207