**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:

May 9, 2006

CONFIDENTIAL
VIA HAND DELIVERY
Zhun Lu, Esq.
Connolly, Bove
Lodge & Hutz, LLP
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899

RE: **Gillis v. Judge Toliver, et al.**
    **C.A. No. 04-921-KAJ**

Dear Mr Lu:

    Per your request and the authorization signed by your client, enclosed please find a copy of Mr. Gillis' medical file.

    If you have any questions or concerns, please contact me at (302) 577-8400. Thank you.

Sincerely,

Erika Y. Tross
Deputy Attorney General

EYT/vd
Enclosure