IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS L. GILLIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-921-KAJ |
| STAN TAYLOR, et al., | ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF LATISHA JOHNSON

I, Latisha Johnson, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by Correctional Medical Services ("CMS") in the Medical Records Department located at the Delaware Correctional Center.

2. In late July, early August 2006 I was asked to make a copy of the entire medical file of Inmate Vurnis Gillis, SBI #00180180.

3. As requested, I made a copy of all of Gillis's available medical files and sent the copied files for mailing.

4. On or about August 4, 2006 I spoke with Deputy Attorney General Erika Y. Tross regarding the Gillis medical files. I conveyed to DAG Tross that I had copied all of Gillis's available medical files and that there were no additional documents or files for Gillis.

7. In addition I called the medical departments at the Secured Housing Unit and the Maximum Housing Unit. I was told that the medical files I had contained all of the available records for Gillis and that there were no other available records.

8. After reviewing the files I contacted DAG Tross and told her that I had sent her a copy of all of Gillis's available medical files and that there were no records in Gillis's medical file dating from 1986 to the mid 1990s.

9. Accordingly, I certify that all available medical records indexed to Gillis have been provided to DAG Tross.

_Latisha Johnson_
Latisha Johnson

SWORN AND SUBSCRIBED before me this 28th day of September, 2006.

_____
Notary

- 2 -