# SEALED EXHIBIT F