

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Zhun Lu, Ph.D.
Associate
TEL (302) 888-6270
FAX (302) 658-5614
EMAIL zlu@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

5 October 2006

**VIA CM/ECF**
Honorable Kent A. Jordan
United States District Court Judge
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

      **Re**:    Vurnis L. Gillis v. Stan Taylor et. al.
             Civil Action No. 04-921-KAJ

Dear Judge Jordan:

     Pursuant to Local Rule 7.1.4, Plaintiff respectfully requests oral argument with respect to Defendants' Motion To Dismiss (D.I. 66). Briefing on that motion is complete, see
         Defendants' Opening Brief ( D.I. 67)
         Plaintiff's Answering Brief ( D.I. 88), and
         Defendants' Reply (D.I. 89).

                           Respectfully submitted,

                           CONNOLLY BOVE LODGE & HUTZ LLP

                            /s/ Zhun Lu
                         Zhun Lu, Esquire (#4427)
                         The Nemours Building
                         1007 N. Orange Street
                         P. O. Box 2207
                         Wilmington, DE 19899
                         (302) 888-6207
                         zl@cblh.com

                         Attorneys for Plaintiff

491766