## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

VURNIS L. GILLIS,                          :
                                           :
                    Plaintiff,             :
                                           :
        v.                                 :     Civil Action No. 04-921-***
                                           :
STAN TAYLOR, et al.,                       :
                                           :
                    Defendants.            :

## <u>ORDER</u>

At Wilmington, Delaware, this **20**th day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Monday, March 19, 2007 at 10:30 a.m. Eastern Time. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE