UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Vurnis Gillis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-921-*** |
| | ) | |
| Stan Taylor, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that a copy of PLAINTIFF,
GILLIS'S, NOTICE TO TAKE THE DEPOSITION OF DEFENDANTS PURSUANT
TO FED. R. CIV. P. 30(b)(6) was caused to be served on March 7, 2006 via Hand
Delivery upon the following counsel of record:

Erica Y. Tross, Esquire
State of Delaware
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, Delaware 19801

Dated: March 7, 2007

/s/ Zhun Lu
Zhun Lu, Esquire (#4427)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 884-6262
Fax: (302) 658-5614
Email: zlu@cblh.com

*Attorney for Plaintiff*

525544-1

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, a true and correct copy of the foregoing

NOTICE OF SERVICE was caused to be served on the following via CM/ECF filing and

Hand Delivery on:

Erica Y. Tross, Esquire
State of Delaware
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, Delaware 19801


*/s/ Zhun Lu*
Zhun Lu, Esquire (#4427)
zlu@cblh.com

525544-1