

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

New Castle County
Major Litigation Unit

Writer's Direct Dial: (302) 577-8510
FAX: (302) 577-5866

March 14, 2007

Hon. Mary Pat Thynge
Magistrate Judge
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Gillis v. Taylor, et al.*
            C.A. No. 04-921-***

Dear Judge Thynge:

This lawsuit is scheduled for a teleconference between the Court and counsel on Monday, March 19, 2007 at 10:30 a.m. I am writing to request that the conference be rescheduled to a date after April 16, 2007. The attorney of record for the defendants, Erika Tross, is on medical leave until that date. It would be advantageous to all concerned for her to participate in the conference. I have contacted Zhun Lu, Esquire, the attorney for the plaintiff, who has graciously indicated no objection to this request. I have access to Ms. Tross' calendar, and can assist the Court in finding a new date.

I greatly appreciate on behalf of my colleague the Court's consideration of this request.

Respectfully submitted,

Ralph K. Durstein, III (#0912)
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302) 577-8510

Counsel for the Defendants

xc: Zhun Lu, Esq.