IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-921-*** |
| STAN TAYLOR, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **18th** day of **April, 2007.**

IT IS ORDERED that a teleconference with Judge Thynge to discuss a discovery scheduling order is set for **Wednesday, May 2, 2007 at 10:30 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE