IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-*** |
| v. | ) |
| | ) |
| | ) |
| STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**SUGGESTION OF DEATH UPON THE RECORD**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25**

COMES NOW, the undersigned counsel and suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of defendant Deputy Warden Lawrence McGuigan on September 8, 2006, during the pendency of this action. A redacted copy of Deputy Warden McGuigan's death certificate is attached hereto.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorney for State Defendants

Dated: April 27, 2007

**CERTIFICATE OF MAILING AND/OR DELIVERY**

      I hereby certify that on April 27, 2007, I electronically filed *Suggestion of Death upon the Record pursuant to Federal Rule of Civil Procedure 25* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Zhun Lu, Esq.

      */s/ Erika Y. Tross*
      Erika Y. Tross (#4506)
      Deputy Attorney General
      Delaware Department of Justice
      Carvel State Office Building
      820 N. French Street, 6th Floor
      Wilmington, DE 19801
      302-577-8400