# ATTACHMENT

# CERTIFICATE OF DEATH
## State of Delaware

**OFFICE OF VITAL STATISTICS**
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

DOC. NO. 35-05-20-09/08/20
(107) 005013
LOCAL REG NO.
STATE FILE NUMBER

**DECEDENT**

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): LAWRENCE A. MC GUIGAN
2. SEX: MALE
3. DATE OF DEATH (MO, DAY, YR): SEPTEMBER 18, 2006
4. SOCIAL SECURITY NO.: [redacted]
5A. AGE (YRS): 50
5B. UNDER 1 YEAR MONTHS DAYS:
5C. UNDER 1 DAY HOURS MINUTES:
6. DATE OF BIRTH (MO, DAY, YR): [redacted]
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): [redacted]
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: NO
9. ANATOMICAL GIFT: NOT GRANTED
10A. PLACE OF DEATH: ER/OUTPATIENT
10B. FACILITY NAME: CHRISTIANA CARE HEALTH SERVICES / CHRISTIANA HOSPITAL
10C. CITY, TOWN, OR LOCATION OF DEATH: NEWARK
10D. COUNTY OF DEATH: N.C.
11. MARITAL STATUS: [redacted]
12. SURVIVING SPOUSE: [redacted]
13A. DECEDENT'S USUAL OCCUPATION: WARDEN
13B. KIND OF BUSINESS/INDUSTRY: DEPT. OF CORRECTIONS
14A. RESIDENCE — STATE: DELAWARE
14E. INSIDE CITY LIMITS?: NO
14F. ZIP CODE: 19805
15. WAS DECEDENT OF HISPANIC ORIGIN?: NO
16. RACE: WHITE
17. DECEDENT'S EDUCATION: COLLEGE 1

**PARENTS**
18. FATHER'S NAME: [redacted]
19. MOTHER'S NAME: [redacted]

**INFORMANT**
20A. INFORMANT'S NAME: [redacted]
20B. MAILING ADDRESS: [redacted]

**DISPOSITION**
21A. METHOD OF DISPOSITION: CREMATION
21B. PLACE OF DISPOSITION: FAMILY CREMATION SERVICES
21C. LOCATION: WILMINGTON, DE
22A. SIGNATURE OF FUNERAL DIRECTOR: CHARLES F. MEALEY JR.
23. NAME AND ADDRESS OF FACILITY: MEALEY FUNERAL HOMES, PO BOX 2866, WILMINGTON, DE 19805
24. REGISTRAR'S SIGNATURE: [signature] M.D.
25. DATE FILED: SEP 22 2006

**PRONOUNCING OFFICIAL**
26A. SIGNATURE: R. Scott, M.D.
26C. DATE SIGNED: 9/18/06
27. TIME OF DEATH: 0602 AM
28. DATE PRONOUNCED DEAD: 9/18/06
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: Yes

**CERTIFIER**
30A. CERTIFIER: MEDICAL EXAMINER
30B. SIGNATURE AND TITLE OF CERTIFIER: ASSISTANT MEDICAL EXAMINER
30D. DATE SIGNED: SEPTEMBER 19, 2006
31. NAME AND ADDRESS OF CERTIFIER: JENNIE VERSHVOVSKY, M.D., 200 SOUTH ADAMS STREET, WILMINGTON, DE 19801

32. WAS AN AUTOPSY PERFORMED?: YES
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: YES
33. MANNER OF DEATH: NATURAL

40. PART I:
IMMEDIATE CAUSE (A): ATHEROSCLEROTIC CARDIOVASCULAR DISEASE
DUE TO (B):
DUE TO (C):
DUE TO (D):

PART II OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO CAUSE OF DEATH:

REV. 9/90
(1) ORIGINAL COPY—STATE