IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS L. GILLIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-921-*** |
| | : | |
| STAN TAYLOR, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington, Delaware, this **18th** day of **April, 2007.**

As a result of a teleconference on May 2, 2007 during which possible withdrawal of defendants' motion to dismiss was discussed,

IT IS ORDERED that a scheduling teleconference with Judge Thynge is set for **Monday, May 21, 2007 at 9:00 a.m. Defense counsel shall initiate the teleconference call.** The purpose of the teleconference is to discuss entry of a scheduling order. Counsel shall submit a proposed scheduling order no less 24 hours before the teleconference date and time.

IT IS FURTHER ORDERED that counsel shall immediately advise the Court through a joint letter if agreement is not reached on defendants' motion to dismiss.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE