**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

May 17, 2007

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *Gillis v. Taylor, et al.*,
             <u>D. Del., C.A. No. 04-921-***</u>

Dear Magistrate Judge Thynge:

      In accordance with the Court's Order dated April 18, 2007 (D.I. 100), the Parties have conferred and discussed a discovery plan. Attached hereto is the Proposed Joint Scheduling Order containing the discovery plan agreed upon by the Parties.

      The Proposed Joint Scheduling Order is submitted to the Court in preparation for the telephonic scheduling conference set for Monday, May 21, 2007 at 9:00 a.m. Thank you.

                                 Sincerely,

                                   /s/ Erika Y. Tross

                                 Erika Y. Tross
                                 Deputy Attorney General

EYT/vd
Enclosure
cc:    Zhun Lu, Esq.