IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VURNIS L. GILLIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) Civil Action No. 04-921-*** |
| v. | ) |
| | ) |
| | ) |
| **STAN TAYLOR, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**STIPULATION REGARDING THE STATE DEFENDANTS'
WITHDRAWAL OF THEIR MOTION TO DISMISS AND
THE PLAINTIFF'S DISMISSAL OF CERTAIN STATE DEFENDANTS**

Plaintiff, Vurnis L. Gillis (the "Plaintiff"), by his attorneys, Connolly Bove Lodge & Hutz LLP, and State Defendants Stanley Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, David Holman ("NFN Holman"), Emily Stevenson, Ricky Porter ("NMN Porter"), Merissa McFadden, Jim Simms, Lise Merson, Mike Little, Edward Johnson, Maria Lyons ("NLN Maria"), Timothy Martin, Brian Engrem, and Osmar Sammander (the "State Defendants"), by their attorneys, Delaware Department of Justice, hereby stipulate and agree as follows (the "Stipulation") and respectfully request the Court to so order:

WHEREAS, on January 17, 2006, the State Defendants filed State Defendants' Motion to Dismiss and State Defendants' Memorandum of Points and Authorities in Support of State Defendants' Motion to Dismiss seeking dismissal of the above-captioned lawsuit for Plaintiff's failure to state a claim upon which relief can be granted (the "Motion to Dismiss") (D.I.s 66, 67, 68, 69); and

- 2 -

WHEREAS, on September 25, 2006, the Plaintiff filed Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss asking the Court to deny, in part, the relief requested in the Motion to Dismiss (D.I. 88); and

WHEREAS, on October 2, 2006, State Defendants filed State Defendants' Reply Memorandum of Points and Authorities in Support of State Defendants' Motion to Dismiss (D.I. 89); and

WHEREAS, the State Defendants wish to withdraw the Motion to Dismiss but preserve their right to raise any defenses and affirmative defenses asserted in the Motion to Dismiss; and

WHEREAS, the Plaintiff wishes to dismiss without prejudice any and all claims in connection with the above-captioned matter against certain of the State Defendants; and

WHEREAS, the Parties have conferred and discussed the relief stated herein; and

NOW THEREFORE, in consideration of the foregoing it is hereby stipulated and agreed by and between the Plaintiff and the State Defendants, subject to Court approval, that:

1.  State Defendants' Motion to Dismiss and all papers and pleadings filed in support thereof (including D.I.s 66, 67, 68, 69, 89) are withdrawn.  Plaintiff does not oppose but does not join in Defendant's request to withdraw the Motion.

2.  State Defendants retain any and all defenses and affirmative defenses raised in the Motion to Dismiss.

- 3 -

3. Plaintiff agrees to dismiss from this matter the following State Defendants: Mike Little, Ed Johnson, Maria Lyons ("NLN Maria"), Brian Engrem, Osmar Sammander, David Holman ("NFN Holman"), Lise Merson, Ricky Porter ("NMN Porter"), Timothy Martin, Merissa McFadden and Emily Stevenson (the "Dismissed Defendants"), without prejudice to their being rejoined as defendants, individually or collectively, if evidence in discovery indicates their separate or combined involvement(s) in the alleged forced medication to Plaintiff, provided, however, that State Defendants do not waive, and expressly reserve, any and all defenses and affirmative defenses they have to Plaintiff's attempt to rejoin the Dismissed Defendants as defendants after the Court's approval of this Stipulation and Order.

4. The remaining State Defendants – Stanley Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, and Jim Simms – will file an answer to Plaintiff's Complaint within 30 days of the date of the Court's approval of this Stipulation and Order.

5. This Stipulation constitutes the entire agreement of the Parties regarding the subject matter hereof.

[Remainder of this page intentionally left blank]

6. Nothing in this Stipulation shall constitute admissions by any of the Parties and shall not be used in any subsequent litigation by the Parties or any other person or entity other than for the purpose of enforcement of this Stipulation and Order.

Dated: Wilmington, Delaware
May 18, 2007

By: **CONNOLLY BOVE LODGE & HUTZ LLP**        **DEPARTMENT OF JUSTICE STATE OF DELAWARE**

/s/ Zhun Lu                                                 /s/ Erika Y. Tross
Zhun Lu (#4427)                                       Erika Y. Tross (#4506)
1007 North Orange Street                        Deputy Attorney General
P.O. Box 2207                                            820 N. French Street, 6th Floor
Wilmington, DE 19899                             Wilmington, DE 19801
(302) 658-9141                                          (302) 577-8400
Attorney for the Plaintiff                         Attorney for the State Defendants


SO ORDERED this _____ day of _____, 2007.


_____
The Honorable Mary Pat Thynge
United States District Court Magistrate Judge