Civil Action Case No. 04-921

Gillis

V.

Taylor et al.

## Motion To Show Cause

The State Has Failed Along with C.M.S. and First Medical and Providing and Protecting my medical Records Here At The Delaware Correctional Center. As it States Above There Policies, Rules and Regulations Along With Related Matters That Pertains To my Case that Have Been destroyed Because of the Conspiracy That Has Been Taken Place To deny me my Constitutional Rights As An Prisoner, and A Patient at Delaware Correctional Center and Sussex Correctional institution.

[1]

REASON BEING SOMEONE OR OTHERS WHO ARE guilty of denying me my RightS under The Law and Constitution as a indigent prisoner, my question is that why ARE some of my medical RECORds on File and OTHERS ARE NOT. THAT Right THERE shows CAUSE FOR AN immediately investigation into why my RECORds CANT BE Found or produced. These FACTs shows That All PARTYs That I HAVE Brought up And my Law suit HAs Played pART in denying of my Due process of Law, By denying me AND DESTROYing my medical RECORds For my LAW suit.

DATE 5-21-07

VURNIS JONES

Delaware Correctional Center
1181 Paddock Road
Smyrna, Del. 19977

Elizabeth Hurley
May 21, 2007

[2]

Mr. Vurnis Jones Gillis
D.P.C.
Jane E. Mitchell Bldg.
1901 North Dupont Hwy.
NewCastle, Del. 19720

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570