IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VURNIS L. GILLIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) Civil Action No. 04-921-*** |
| v. | ) |
| | ) |
| | ) |
| **STAN TAYLOR, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that a copy of **State Defendants' Rule 26(a)(1) Initial Disclosures** was served on May 29, 2007 upon the following individual by U.S. Mail:

> Zhun Lu, Esq.
> Connolly, Bove, Lodge & Hutz, LLP
> 1007 North Orange Street
> Post Office Box 2207
> Wilmington, DE 19899

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

Dated: May 29, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on May 29, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Zhun Lu, Esq.

                                                */s/ Erika Y. Tross*
                                                Erika Y. Tross (#4506)
                                                Deputy Attorney General
                                                Delaware Department of Justice
                                                Carvel State Office Building
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                302-577-8400