OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 29, 2007

*TO: Vernon Gillis*
*D.P.C.*
*Jane E. Mitchell Bldg.*
*1901 North duPont Highway*
*New Castle, DE 19720*

*RE:  Motion to Show Cause*
*Civ. No. 04-921 \*\*\**

*Dear Mr. Gillis:*

*     The Motion to Show Cause you presented to the court for filing on 5/25/07 in the above noted case does not form to one or more of the following: Federal Rule of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. Any documents you present for filing must be served by you, upon **all** local counsel of record. Furthermore, this must be indicated on an affidavit or certificate of service.*

*     Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon all parties of record.*

*     Whereas, an order was signed by the Honorable Kent A. Jordan on 5/3/06 recognizing Mr. Zhun Lu as your attorney until final determination of the case. **You should only be filing documents through him.***

*                                        Sincerely,*

*/rpg                                    PETER T. DALLEO*
*                                        CLERK*


*cc:  Vacant Judgeship*