## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-*** |
| v. | ) |
| | ) |
| | ) |
| STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

I, Zhun Lu, Esquire, hereby certify that a copy of **Plaintiff's Rule 26(a)(1) Initial Disclosures** was served on June 12, 2007 upon the following individual by U.S. Mail and EMAIL:

>Erika Y. Tross, Esq.
>Deputy Attorney General
>Delaware Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>Attorney for State Defendants

**Connolly, Bove, Lodge & Hutz, LLP**

*/s/ Zhun Lu*
Zhun Lu (#4427)
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
(302) 888-6207
Attorney for Plaintiff

Dated: June 13, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on June 13, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using **CM/ECF** which will send notification of such filing to the following: Erika Y. Tross, Esq.

/s/ *Zhun Lu*
Zhun Lu (#4427)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
(302) 888-6207
Attorney for Plaintiff