IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 04-921-*** |
| STAN TAYLOR, ET AL., | ) ) |
| Defendants. | ) |

### ORDER

On May 25, 2007, plaintiff filed a pro se motion to show cause (D.I. 106).

IT IS HEREBY ORDERED that the motion is DENIED. All motions and other documents shall be filed by plaintiff's court appointed counsel only.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2007
Wilmington, Delaware