**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. 04-921-*** |
|  | ) |
|  | ) Jury Trial Demanded |
| STAN TAYLOR, et al., | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that documents Bates stamped D00621 – D01434 were served on July 5, 2007, to supplement State Defendants' Responses To Plaintiff's First Request For Documents and the State Defendants' previous production of documents Bates stamped D00001 – D00620, upon the following individual by hand delivery:

> Zhun Lu, Esq.
> Connolly, Bove, Lodge & Hutz, LLP
> 1007 North Orange Street
> Post Office Box 2207
> Wilmington, DE 19899

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

Dated: July 5, 2007