IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS L. GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 04-921-*** |
| v. | ) | |
| | ) | |
| | ) | |
| STAN TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Zhun Lu, Esquire, hereby certify that a copy of **Plaintiff's Rule 45 Subpoena Duces Tecum** was served on July 26, 2007 upon the following by HAND DELIVERY:

Correctional Medical Services
1201 College Park Dr.
Suite 101
Dover, DE 19904-8702

        **Connolly, Bove, Lodge & Hutz, LLP**

        */s/ Zhun Lu*
        Zhun Lu (#4427)
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, DE 19899
        (302) 888-6207
        Attorney for Plaintiff

Dated: July 26, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on July 26, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using **CM/ECF** which will send notification of such filing to the following:

>Erica Y. Tross, Esquire
>State of Delaware
>Department of Justice
>Carvel State Building
>820 N. French Street
>Wilmington, Delaware 19801

>/s/ *Zhun Lu*
>Zhun Lu (#4427)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>Post Office Box 2207
>Wilmington, DE 19899
>(302) 888-6207
>Attorney for Plaintiff

544717

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS L. GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 04-921-*** |
| v. | ) | |
| | ) | |
| | ) | |
| STAN TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Zhun Lu, Esquire, hereby certify that a copy of **Plaintiff's Rule 45 Subpoena Duces Tecum** was served on July 26, 2007 upon the following by HAND DELIVERY:

First Medical Management (FMM, LCC)
95 White Bridge Road
Suite 219
Nashville, TN 37205-1497

**Connolly, Bove, Lodge & Hutz, LLP**

/s/ Zhun Lu
Zhun Lu (#4427)
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
(302) 888-6207
Attorney for Plaintiff

Dated: July 26, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on July 26, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using **CM/ECF** which will send notification of such filing to the following:

>Erica Y. Tross, Esquire
>State of Delaware
>Department of Justice
>Carvel State Building
>820 N. French Street
>Wilmington, Delaware 19801

>/s/ *Zhun Lu*
>Zhun Lu (#4427)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>Post Office Box 2207
>Wilmington, DE 19899
>(302) 888-6207
>Attorney for Plaintiff

544717

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-*** |
| v. | ) |
| | ) |
| | ) |
| STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Zhun Lu, Esquire, hereby certify that a copy of **Plaintiff's Rule 45 Subpoena Duces Tecum** was served on July 26, 2007 upon the following by HAND DELIVERY:

Prison Health Services
105 Westpark Dr.
Suite 200
Brentwood, TN 37027

**Connolly, Bove, Lodge & Hutz, LLP**

*/s/ Zhun Lu*
Zhun Lu (#4427)
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
(302) 888-6207
Attorney for Plaintiff

Dated: July 26, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on July 26, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using **CM/ECF** which will send notification of such filing to the following:

>Erica Y. Tross, Esquire
>State of Delaware
>Department of Justice
>Carvel State Building
>820 N. French Street
>Wilmington, Delaware 19801

>/s/ *Zhun Lu*
>Zhun Lu (#4427)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>Post Office Box 2207
>Wilmington, DE 19899
>(302) 888-6207
>Attorney for Plaintiff

544717