UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Vurnis Gillis,<br><br>     Plaintiff,<br><br>v.<br><br>Stan Taylor, et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-921-***<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF GILLIS'S NOTICE TO TAKE THE
DEPOSITION OF LATISHA JOHNSON AND LATISHA JOHNSON'S
SUPERVISOR**

PLEASE TAKE NOTICE that Vurnis Gillis ("Plaintiff"), by its attorney, will take the deposition upon oral examination of Latisha Johnson and Latisha Johnson's Supervisor. The deposition will take place at the offices of Connolly Bove Lodge & Hutz, LLP, The Nemours Building, 1007 North Orange Street, Wilmington, DE 19801 on August 13, 2007 at 9:00 a.m., or at such other time and location as mutually agreed upon, and will continue from day to day at the time and place until completed, except for Saturdays, Sundays, and holidays.

The deposition will be taken before a Notary Public or some other officer authorized to administer an oath. Testimony will be recorded by stenographic means and may also be recorded by videotape (audio-and-visual).

Dated: August 3, 2007

/s/ Zhun Lu
Zhun Lu, Esquire (#4427)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 884-6262
Fax: (302) 658-5614
Email: zlu@cblh.com

*Attorney for Plaintiff*

556204-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, a true and correct copy of the foregoing **PLAINTIFF GILLIS'S NOTICE TO TAKE THE DEPOSITION OF LATISHA JOHNSON AND LATISHA JOHNSON'S SUPERVISOR** was caused to be served on the following by electronic notice:

Erica Y. Tross, Esquire
State of Delaware
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, Delaware 19801

/s/ Zhun Lu
Zhun Lu, Esquire (#4427)
zlu@cblh.com

556204-1