IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VURNIS L. GILLIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Civil Action No. 04-921-\*\*\*** |
| v. | ) | |
| | ) | **Jury Trial Requested** |
| | ) | |
| **STAN TAYLOR, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that two copies of **State Defendants' Combined First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff** were served on August 14, 2007 upon the following individual by U.S. Mail:

    Zhun Lu, Esq.
    Connolly, Bove, Lodge & Hutz, LLP
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, DE  19899

    **DEPARTMENT OF JUSTICE**
    **STATE OF DELAWARE**

    */s/ Erika Y. Tross*
    Erika Y. Tross (#4506)
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE  19801
    (302) 577-8400
    Attorney for State Defendants

Dated:  August 14, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on August 14, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Zhun Lu, Esq.

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400