## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-921-*** |
| STAN TAYLOR, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **21st** day of **August, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 23, 2007 at 3:00 p.m.** with Magistrate Judge Thynge to address a discovery dispute. **Zhun Lu, Esquire shall initiate the teleconference call.** There shall be no submissions filed with the Court describing the dispute. The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE