**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

August 21, 2007

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *Gillis v. Taylor, et al.*
            <u>D. Del., C.A. No. 04-921-\*\*\*</u>

Dear Magistrate Judge Thynge:

      In accordance with the May 21, 2007 Scheduling Order entered in the above-captioned matter (D.I. 103), State Defendants Stanley Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, and Jim Simms (the "State Defendants") are submitting this Interim Status Report. The Parties were unable to agree on the format and contents of the status report, therefore, this report is being submitted solely on behalf of the State Defendants and not as a joint report.[1]

---

[1] It appears from the docket that Plaintiff has not executed service on any of the medical defendants. The medical defendants are not employees of the Delaware Department of Correction nor are they represented by the undersigned counsel.

The Honorable Mary Pat Thynge
August 21, 2007
Page 2

### Nature of the Case

This is a Section 1983 action filed by Plaintiff, Vurnis Gillis, an inmate incarcerated at the Delaware Correctional Center and currently housed at the Delaware Psychiatric Center in New Castle, Delaware.

Plaintiff claims that he is being forcibly medicated in violation of his constitutional rights. He also alleges various other constitutional violations including violation of his Eighth Amendment rights.

State Defendants assert that they have not violated Plaintiff's constitutional rights. Plaintiff is a diagnosed schizophrenic with other mental illnesses who has had numerous violent episodes while incarcerated. As a result, the Department of Correction's medical services provider has sought and obtained at least two orders from the Delaware Superior Court granting them the authority to forcibly medicate Mr. Gillis. The forcible medication of Mr. Gillis is in accordance with the Superior Court's orders.

### Discovery

The parties are currently in discovery. Plaintiff issued discovery requests to the State Defendants on July 24, 2006. State Defendants responded to discovery on August 15, 2006. In addition, State Defendants supplemented their responses to Plaintiff's discovery requests on July 5, 2007.

Plaintiff took the 30(b)(6) deposition of John Oldigs – the State's medical records custodian – on May 22, 2007. Further the Plaintiff deposed Latisha Johnson, an employee of Correctional Medical Services – the DOC's current medical services provider – on August 20, 2007.

State Defendants issued discovery requests to the Plaintiff on August 14, 2007. Plaintiff's responses to discovery are due on or before September 13, 2007. The State Defendants plan to depose the Plaintiff prior to the discovery cut-off date which is set for January 21, 2008.

In accordance with the Scheduling Order, all case dispositive motions, and opening briefs and affidavits in support of the motions, are due on or before March 21, 2008.

The Honorable Mary Pat Thynge
August 21, 2007
Page 3

### Matters in Issue

Plaintiff has requested the court hold a conference call to decide a discovery dispute he has with the State Defendants. The Court has scheduled a conference call for August 23, 2007.

State Defendants currently have no matters in issue.

Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General
   Attorney for the State Defendants

cc:   Zhun Lu, Attorney for the Plaintiff