## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS GILLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-921-*** ) |
| STAN TAYLOR, ET AL., | ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S REQUEST FOR EXTENSION OF TIME FOR FILING MOTIONS TO JOIN ADDITIONAL PARTIES AND TO AMEND OR SUPPLEMENT PLEADINGS PENDING TELECONFERENCE WITH THE COURT SCHEDULED ON AUGUST 23, 2007

Pursuant to the Court's Telephone Conference, to be held on August 23, 2007, Plaintiff wishes to request the Court to grant an extension of time for the Plaintiff to file motions to join additional parties and amend or supplement pleadings.

1. **Motion to Join Parties.** In the Scheduling Order of May 21, 2007, this Court set a deadline of August 21, 2007 to file all motions to join other parties and to amend or supplement the pleadings.

On May 22, 2007, Plaintiff deposed a 30(b)(6) witness of the State and discovered that the State has a 60-year medical record retention policy. Plaintiff requested the State search for the missing medical records pertaining to Plaintiff for the period from 1986 to 1995.

State Defendants then produced a second set of medical records and a list of State's current and past prison medical care providers. However, the medical records for the 1986 to 1995 period are still missing.

The State, claiming it handed over all the medical records on Mr. Gillis, suggested Plaintiff subpoena the medical providers for the records. Plaintiff believes that the State, as the legal owner of the medical records, should have the obligation to investigate and obtain the missing records from the providers. To help the case moving forward, Plaintiff subpoenaed the current and past medical providers requesting the missing medical records.

As of August 21, 2007, the Plaintiff has received only one response from the subpoenas to the State's past and current prison medical care providers and has not yet received the medical records from the Defendants covering the period of 1986 to 1995. As a result of the lack of information and in consideration of discrepancies in the records produced so far, it has been impossible for the Plaintiff to make a reasonable determination of whether to move forward with this action against any other parties.

Therefore, on August 20, 2007, Plaintiff respectfully requested a teleconference with the Court to resolve the discovery disputes. The teleconference has been scheduled on August 23, 2007. Plaintiff respectively requests an extension of time in order to determine the appropriateness of adding further parties pending the Court's decision at the conference regarding the discovery disputes.

Dated: August 21, 2007

/s/ Zhun Lu
Zhun Lu (#4427)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
*Attorneys for Plaintiff*

559776_1