IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS L. GILLIS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-921-*** |
| STAN TAYLOR, et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **24**th day of **August, 2007**.

The rulings and decisions made during the telephonic conference of August 23, 2007 regarding discovery as contained in the transcript serve as an Order in this case.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE