UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Vurnis Gillis, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 04-921-*** |
| Stan Taylor, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **23rd** day of **August, 2007**, the Court conducted a teleconference with Plaintiff's and Defendants' counsel addressing discovery disputes.

IT IS ORDERED that the date for filing motions to join additional parties, and to amend or supplement the pleadings shall be extended to **December 21, 2007**. A status teleconference is scheduled for **November 15, 2007 at 9:00 a.m.** Plaintiff's counsel, **Mr. Zhun Lu shall initiate the call**.

Due to the new dates set forth above, the relevant dates and deadlines in the Scheduling Order of May 21st, 2007 (D.I. 103) shall be modified accordingly at a later time.

Mr. Zhun Lu shall make arrangements with Defendants' counsel Erika Tross to inspect Plaintiff's medical records at Defendants' record keeping facility. Ms. Erika Tross shall fully cooperate regarding the inspection.

UNITED STATES MAGISTRATE JUDGE

560282