## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VURNIS L. GILLIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | Civil Action No. 04-921-*** |
| **v.** ) | |
| ) | |
| ) | |
| **STAN TAYLOR, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF SERVICE

I, Zhun Lu, Esquire, hereby certify that a copy of **Plaintiff Gillis' Responses and Objections to State Defendants' Combined First Set of Interrogatories (Nos. 1-25) and Requests for Production of Documents (Nos. 1-19) Directed to Plaintiff** was served on October 12, 2007 upon the following by U.S. Mail:

        Erica Y. Tross, Esquire
        State of Delaware
        Department of Justice
        Carvel State Building
        820 N. French Street
        Wilmington, Delaware 19801

        **Connolly, Bove, Lodge & Hutz, LLP**

        */s/ Zhun Lu*
        Zhun Lu (#4427)
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, DE 19899
        (302) 888-6207
        Attorney for Plaintiff

Dated: October 12, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on October 12, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using **CM/ECF** which will send notification of such filing to the following:

> Erica Y. Tross, Esquire
> State of Delaware
> Department of Justice
> Carvel State Building
> 820 N. French Street
> Wilmington, Delaware 19801

> /s/ *Zhun Lu*
> Zhun Lu (#4427)
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> Post Office Box 2207
> Wilmington, DE 19899
> (302) 888-6207
> Attorney for Plaintiff

544717