IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VURNIS L. GILLIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    Civil Action No. 04-921-*** |
|     v. | ) |
| | )    **Jury Trial Requested** |
| | ) |
| **STAN TAYLOR, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF MAILING

I, Erika Y. Tross, Esquire, hereby certify that on October 18, 2007, I mailed, by U.S. Mail, a request for copies of Plaintiff Vurnis Gillis' medical records to the relevant past medical providers of the Delaware Department of Correction at the addresses listed below. In addition, copies of the letters were sent to counsel for the Plaintiff and counsel for the medical providers.

| First Correctional Medical | First Correctional Medical | Prison Health Services |
|---|---|---|
| Attention: Records Officer | Attention: Records Officer | Attention: Records Officer |
| 205 W. Giaconda Way #115 | P.O. Box 69370 | 105 Westpark Drive |
| Tucson, AZ 85704-4350 | Oro Valley, AZ 85737-0015 | Suite 200 |
| | | Brentwood, TN 37027 |

                                          **DEPARTMENT OF JUSTICE**
                                          **STATE OF DELAWARE**

                                          */s/ Erika Y. Tross*
                                          Erika Y. Tross (#4506)
                                          Deputy Attorney General
                                          820 N. French Street, 6th Floor
                                          Wilmington, DE 19801
                                          (302) 577-8400
                                          Attorney for State Defendants

Dated: October 19, 2007

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on October 19, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Zhun Lu, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400