IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-921-*** |
| | ) |
| | ) Jury Trial Demanded |
| STAN TAYLOR, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that documents Bates stamped D01435 – D01693 were served on the individual listed below by hand delivery on October 29, 2007, to supplement State Defendants' Responses To Plaintiff's First Request For Documents and the State Defendants' previous production of documents Bates stamped D00001 – D01434:

    Zhun Lu, Esq.
    Connolly, Bove, Lodge & Hutz, LLP
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, DE  19899

    **DEPARTMENT OF JUSTICE**
    **STATE OF DELAWARE**

    */s/ Erika Y. Tross*
    Erika Y. Tross (#4506)
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE  19801
    (302) 577-8400
    Attorney for State Defendants

Dated:  October 29, 2007