**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

November 13, 2007

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *Gillis v. Taylor, et al.*
     <u>D. Del., C.A. No. 04-921-***</u>

Dear Magistrate Judge Thynge:

  In preparation for the November 15, 2007 Court teleconference in the above-captioned matter, I am enclosing herein copies of letters I received from Stephen J. Milewski, as counsel for Prison Health Services, and Gerald J. Hager, as counsel for First Correctional Medical, regarding medical records for the Plaintiff, Vurnis L. Gillis. Both letters state that neither past medical provider has medical records in their possession for Mr. Gillis. Thank you.

          Sincerely,

          */s/ Erika Y. Tross*

          Erika Y. Tross
          Deputy Attorney General
           Attorney for the State Defendants

EYT/vd
Enclosures
cc (with enclosures): Zhun Lu, Attorney for the Plaintiff