# HECKLER & FRABIZZIO

ATTORNEYS AT LAW
THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
DANIEL L. McKENTY
WILLIAM D. RIMMER*
JOHN W. MORGAN
JOHN GILBERT*
DAVID R. BATMAN
GERALD J. HAGER*
CHERYL A. WARD
ROBERT J. DEARY*
KRISTA E. BUTLER*
CASEY W. LESIAK†

*DELAWARE AND PENNSYLVANIA BAR
†PENNSYLVANIA BAR ONLY

AREA CODE 302
573-4800

TELECOPIER
573-4806

October 29, 2007

Erika Y. Tross, Esquire
Deputy Attorney General
Department of Justice
New Castle County
820 N. French Street
Wilmington, DE 19801

RE: Medical Records for Delaware Inmate Vurnis Gillis a/k/a Vernon Gillis
aka Vernon Gillis a/k/a Vurnis Jones a/k/a Vernon Jones,
Delaware SBI #00180180

Dear Ms. Tross:

Please accept this as a response to your October 18, 2007 letter regarding the case of *Vurnis Gillis v. Stanley Taylor et al.* Del., C.A. No. 04-921 in your attempt to locate ten years of medical records of the plaintiff. Please be advised that my client, First Correctional Medical has searched their headquarters and they have no records on this inmate.

Should you have any questions or concerns regarding anything contained herein, please do not hesitate to contact me.

Very truly yours,

Gerald J. Hager

GJH/nvg/368447
CC: Zhun Lu, Esquire counsel for plaintiff

OFFICE OF
ATTORNEY GENERAL

OCT 30 2007

RECEIVED
CORRECTION UNIT

# White and Williams LLP



824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

*Stephen J. Milewski*
*Direct Dial: 302.467.4502*
*Direct Fax: 302.467.4552*
*milewskis@whiteandwilliams.com*

October 29, 2007

Erika Y. Tross, Esquire
Department of Justice
New Castle County
820 North Front Street
Wilmington, DE 19801

**RE: Medical Records for Delaware Inmate Varnis Gillis Delaware SBI #00180180**

Dear Ms. Tross:

In response to your letter of 10/18/07, I am writing to advise you that PHS has not been involved with medical care at any State of Delaware Correctional facility since June of 2000. In addition, PHS has never been the custodian of inmate medical records. When a contract expires or is terminated the medical records remain in the custody of the Department of Correction. Therefore, PHS does not have any medical records on Mr. Gillis to produce.

Thank you very much for your cooperation and consideration.

Very truly yours,

WHITE AND WILLIAMS LLP

By: Stephen J. Milewski

SJM:bc
cc: Thomas Smith, Via Email