IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-921-*** |
| | ) | |
| TAYLOR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO QUASH SUBPOENA

Correctional Medical Services, pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Civ. P. 45, hereby requests this Honorable Court for an Order quashing a subpoena filed by Plaintiff in this matter and states in support thereof the following, to wit:

1.  On October 23, 2007, plaintiff filed a subpoena against Correctional Medical Services, which is not a party to the above captioned lawsuit. D.I. # 129. A copy of the subpoena is attached hereto as Exhibit "A".

2.  Plaintiff is seeking:

    written confirmation of whether any of the following care providers for Delaware inmate Vurnis Linwood Gillis, SBI #00180180, (a.k.a. Vurnis L. Jones, Vurnis Gillis, Vernon Gillls, Vurnis L. Gillis, Vernon L. Gillis, Vernon L. Jones) are or were employed by or associated with Correctional Medical Services: Dr. Weiss, Dr. Mitchell Kho, Dr. Robinson, Dr. Ramon, Dr. Martha Boston, Dr. Richard Sadowski, Counselors Kevin Hoffecker, Dianne Stachowski, James Simms, Femme (Full name unknown), Gwen (Full name unknown), Chavon Dottins, and Nurse Supervisor Brenda Holwerda. If any of the above care providers are currently employed by or associated with Correctional Medical Services, provide current contact information including current position title, address and phone number. If any of the above care providers were at any time employed by or associated with Correctional Medical Services between the years of 1985 to the current date, October 19, 2007, provide their previous position ttile(s) and their last known contact information including address and phone number.

3.     The information requested in this subpoena goes far beyond that required by Fed. R. Civ. P. 45, and thus, the subpoena is invalid and should be quashed. The subpoena is not issued for attendance at a trial or hearing, attendance at a deposition, or for production, inspection, copying, testing or sampling. Fed. R. Civ. P. 45(a)(2)(A),(B), (C).

WHEREFORE Correctional Medical Services requests this Honorable Court for an ORDER quashing Plaintiff's subpoena attached as Exhibit A hereto.

        MARSHALL DENNEHEY WARNER
        COLEMAN & GOGGIN

        /s/Kevin J. Connors
        Kevin J. Connors, Esquire (I.D. No. 2135)
        1220 North Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899 – 8888
        Counsel for Correctional Medical Services

Dated: November 15, 2007
15/549953.v1