IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-921-*** |
| | ) | |
| TAYLOR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

AND NOW the Court, having heard and considered the Motion of Defendant Correctional Medical Services for an Order quashing Plaintiff's subpoena, does hereby FIND and ORDER:

The Motion of Correctional Medical Services is hereby GRANTED. The subpoena issued by Plaintiff and directed to Correctional Medical Services is hereby QUASHED.

_____
J.

15/553825.v1