## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that on November 15, 2007, I caused to be electronically filed a true and correct copy of the Defendant, Correctional Medical Services' Motion to Quash Subpoena with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Erica Y. Tross, Esquire | Zhun Lu, Esquire |
| State of Delaware | Connolly Bove Lodge & Hutz LLP |
| Department of Justice | The Nemours Building |
| Carvel State Building | 1007 North Orange Street |
| 820 N. French Street | P.O. Box 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

 /s/Kevin J. Connors
Kevin J. Connors, Esquire (I.D. No. 2135)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
Counsel for Correctional Medical Services

Dated: November 15, 2007
15/553826.v1