IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS,<br><br>Plaintiff,<br><br>v.<br><br>STAN TAYLOR, ET AL.,<br><br>Defendants/ | Civil Action No. 04-921-*** |

### RESPONSE TO MOTION TO QUASH SUBPOENA

Plaintiff hereby withdraws the subpoena which is the subject of this Motion to Quash filed by Correctional Medical Services (Case 1:04-cv-00921-***-MPT Document 136 Filed 11/15/2007). That Motion to Quash is thereby moot. Plaintiff has contemporaneously filed a separate subpoena in the action to acquire information from Correctional Medical Services.

Dated: November 30, 2007

/s/ Zhun Lu
Zhun Lu (#4427)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899
(302) 658-9141
zlu@cblh.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Zhun Lu, hereby certify that on November 30, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Erica Y. Tross, Esquire
> State of Delaware
> Department of Justice
> Carvel State Building
> 820 N. French Street
> Wilmington, Delaware 19801

I further certify that on November 30, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and to counsel for Correctional Medical Services as below:

> Kevin J. Connors, Esquire
> Marshall Dennehey Warner Coleman & Goggin
> 1220 North Market Street, 5th Floor
> P.O. Box 8888
> Wilmington, DE  19899-8888

> /s/ Zhun Lu
> Zhun Lu, Esquire (#4427)
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, Delaware 19899
> Telephone: (302) 884-6262
> Fax: (302) 658-5614
> Attorney for Plaintiff
> Email: zlu@cblh.com

578705-1