IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-921-*** |
| | ) | |
| TAYLOR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**AND NOW,** this _____ day of _____, 2007, upon consideration of the Motion of Correctional Medical Services For a Protective Order, and any Response thereto, it is hereby ORDERED that the Motion is GRANTED in favor of Correctional Medical Services.

_____

J.

15/564754.v1