IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-921-*** |
| | ) | |
| TAYLOR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I electronically filed the Motion for Protective Order with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Erica Y. Tross, Esquire
State of Delaware
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, DE 19801

Zhun Lu, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  /s/Kevin J. Connors
Kevin J. Connors, Esquire (I.D. No. 2135)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
Counsel for Correctional Medical Services

Dated: December 20, 2007
15/564758.v1