IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS L. GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 04-921-SLR |
| v. | ) | |
| | ) | |
| | ) | |
| STAN TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Zhun Lu, Esquire, hereby certify that a copy of **Plaintiff Gillis' Combined First Set of Requests for Admission (Nos. 1-18), First Set of Interrogatories (Nos. 1-17) and Second Set of Requests for Productions of Documents (Nos. 8-22) Directed to State Defendants** was served on March 25, 2008 upon the following by HAND DELIVERY:

        Erica Y. Tross, Esquire
        State of Delaware
        Department of Justice
        Carvel State Building
        820 N. French Street
        Wilmington, Delaware 19801

        **Connolly, Bove, Lodge & Hutz, LLP**

        */s/ Zhun Lu*
        Zhun Lu (#4427)
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, DE 19899
        (302) 888-6207
        Attorney for Plaintiff

Dated: March 25, 2008

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on March 25, 2008, I electronically filed *Notice of Service* with the Clerk of the Court using **CM/ECF** which will send notification of such filing to the following:

>Erica Y. Tross, Esquire
>State of Delaware
>Department of Justice
>Carvel State Building
>820 N. French Street
>Wilmington, Delaware 19801

>/s/ *Zhun Lu*
>Zhun Lu (#4427)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>Post Office Box 2207
>Wilmington, DE 19899
>(302) 888-6207
>Attorney for Plaintiff

544717