IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-921-SLR |
| | ) |
| STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 16th day of April, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Wednesday, April 23, 2008**, at 8:30 a.m. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge