IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-921-SLR |
| | ) |
| STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 23rd day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. On or before **May 27, 2008,** the parties and third-party Correctional Medical Services ("CMS") shall respond to all outstanding discovery requests. In this regard, CMS shall respond to document requests 2-6 of Schedule C of the subpoena directed to CMS from plaintiff. Rather than file any motions related to discovery, the parties shall be allowed to request a hearing before the court via the court's email, so long as the request is after the May 27, 2008 response date.

2. Discovery shall be initiated so that it shall be completed no lated than **August 1, 2008.**

3. Summary judgment motions, and accompanying briefs and appendices, shall

be filed no later than **September 2, 2008.**

_____
United States District Judge