IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-921-SLR |
| | ) | |
| TAYLOR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME TO RESPOND TO CERTAIN DOCUMENT REQUESTS**

It is hereby stipulated by the parties through their undersigned counsel, and subject to approval by the Court, that Correctional Medical Services, Inc. shall have until June 5, 2008 in which to respond to document requests 2-6 of Schedule C of the subpoena directed to Correctional Medical Services, Inc. by plaintiff in the above captioned matter.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN |
| By: */s/Zhun Lu* | By: */s/Kevin J. Connors* |
| Zhun Lu, Esquire (I.D. No. 4427) | Kevin J. Connors, Esquire (I.D. No. 2135) |
| The Nemours Building | 1220 North Market Street, 5th Floor |
| 1007 North Orange Street | P.O. Box 8888 |
| P.O. Box 2207 | Wilmington, DE 19899 – 8888 |
| Wilmington, DE 19899 | Attorney for Correctional Medical Services, Inc. |
| Attorney for Vurnis Gillis | |

_____
J.

15/624716.v1