IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VURNIS L. GILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 04-921-SLR |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| STAN TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that a copy of **State Defendants' Responses to Plaintiff Gillis' Combined First Set of Requests for Admissions, First Set of Interrogatories and Second Set of Requests for Production of Documents** and **Documents Bates stamped D01694 – D01697** were served on May 27, 2008 upon the following individual by U.S. Mail:

    Zhun Lu, Esq.
    Connolly, Bove, Lodge & Hutz, LLP
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, DE  19899

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              */s/ Erika Y. Tross*
                              Erika Y. Tross (#4506)
                              Deputy Attorney General
                              820 N. French Street, 6th Floor
                              Wilmington, DE  19801
                              (302) 577-8400
                              Attorney for State Defendants

Dated:  May 27, 2008

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on May 27, 2008, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Zhun Lu, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400