## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-921 (SLR) |
| STAN TAYLOR et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF IMPROPER ADMINISTRATION OF FORCED PSYCHOTROPIC MEDICATIONS

Plaintiff hereby moves this Court to grant Summary Judgment in favor of Plaintiff that Defendants improperly and forcibly administered psychotropic medications to Plaintiff against his will and without proper medical evaluation of his condition. Despite repeated requests, Defendants have not produced any documentation to support its forced administration of these medications.

Defendants have the obligation to maintain Plaintiff's medical records according to State's record retention policy and the National Commission on Correctional Health Care (NCCHC) standards.

Defendants have the duty to ascertain that State's prison medical service providers are in compliance with State's policy retention policy and the NCCHC standards.

If the policy and standards were followed, Plaintiff's medical records for the period of 1987 to 1995 should have been in State's possession. But they are lost, a clear violation of the policy and the standards.

The earliest evidence Defendants relied on is more than three years after the continuous administration of psychotropic medications started 1996 as proven by the existing medical records and twelve years before the 1987 medications.

The fact the Defendants lost the critical medical records is highly prejudicial to Plaintiff and harmful to the administration of justice. Defendants cannot be permitted to hide behind and benefit from their negligence.

The improper administration of forced psychotropic medications violated Plaintiff's rights under the 8th and 14th Amendments. This activity warrants judgment that Plaintiff's civil rights were violated under 42 U.S.C. § 1983.

Therefore, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Summary Judgment in his favor and find that Defendants' improper administration of forced psychotropic medications constitutes a violation of Plaintiff's civil rights under 42 U.S.C. §1983.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP


  /s/ Zhun Lu

The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
(302) 888-6207
zl@cblh.com

Attorney for Plaintiff

Dated: September 2, 2008

## CERTIFICATE OF SERVICE

I, Zhun Lu, hereby certify that on the 2nd day of September, 2008, a true copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

>Erica Y. Tross, Esquire
>State of Delaware
>Department of Justice
>Carvel State Building
>820 N. French Street
>Wilmington, Delaware 19801

>/s/ Zhun Lu
>Zhun Lu, Esquire (#4427)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, Delaware 19899
>Telephone: (302) 884-6262
>Fax: (302) 658-5614
>Attorney for Plaintiff
>Email: zlu@cblh.com