IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) |
| | ) |
| STAN TAYLOR et al., | ) Civil Action No. 04-921 (SLR) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

For at least the reasons articulated in Plaintiff's Motion for Summary Judgment, Plaintiff's Motion is GRANTED and Defendants are liable for improper administration of forced psychotropic medications on Plaintiff for violating Plaintiff's civil rights under 42 U.S.C. §1983..

SO ORDERED, this ____ day of _____ 2008.

_____
Honorable Sue L. Robinson
United States District Court Judge