IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-921-SLR |
| v. ) | |
| ) | Jury Trial Requested |
| ) | |
| STAN TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW, State Defendants Stanley Taylor, Paul Howard, Thomas Carroll, Elizabeth Burris, and Jim Simms (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order granting summary judgment in their favor and against the Plaintiff as to all claims against them pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. State Defendants have filed simultaneously herewith an Opening Brief in Support of Their Motion for Summary Judgment.

WHEREFORE, State Defendants respectfully request that this Honorable Court enter an order granting summary judgment in their favor and against the Plaintiff as to all claims.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorney for the State Defendants

Dated:  September 2, 2008

## **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on September 2, 2008, I caused a true and correct copy of the attached *State Defendants' Motion for Summary Judgment* to be served on the following individual in the form and manner indicated:

**VIA ELECTRONIC DELIVERY
& FIRST CLASS MAIL:**

Zhun Lu, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
Post Office Box 2207
Wilmington, DE  19899

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400