# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-SLR |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## APPENDIX TO STATE DEFENDANTS' OPENING BRIEF
## IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

## FILED UNDER SEAL

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
   Attorney for the State Defendants

Dated: September 2, 2008

## **TABLE OF CONTENTS**

**Document Description** … **Page**

Plaintiff Vurnis L. Gillis' Complaint .................................................................................. A000001

State Defendants' Answer to the Original Complaint ....................................................... A000018

Sentencing Order for *State v. Gillis*, Cr. A. No. IN85-11-0718 through 0721 ................ A000031

Criminal Records for *State v. Gillis*, Cr. A. No. IN87-11-1119 ...................................... A000032

Criminal Records for *State v. Gillis*, Cr. A. No. IN89-10-1220 through 1222................ A000035

Criminal Records for *State v. Gillis*, Cr. A. No. IN91-02-0159 ...................................... A000039

Criminal Records for *State v. Gillis*, Cr. A. No. 99-11-0420 .......................................... A000042

Transcript of Proceedings for *State v. Gillis*, Cr. A. No. 99-11-0420 dated July 20, 2000................................................................................................................................... A000045

Transcript of Sentencing Proceedings for *State v. Gillis*, Cr. A. No. 99-11-0420 dated September 8, 2000..................................................................................................... A000057

Sentence Order for *State v. Gillis*, Cr. A. No. 99-11-0420............................................. A000063

Letter Decision of Judge T. Henley Graves in *State v. Jones*, Defendant ID No. 9911013398 (R-1) dated January 3, 2006......................................................................... A000069

Civil Docket for *Gillis v. Watson, et al.*, 89-286-JJF (D. Del.) ....................................... A000072

Report and Recommendations of Magistrate Judge Sue L. Robinson in *Gillis v. Watson, et al.*, 89-286-JJF (D. Del.) dated January 18, 1991 ......................................... A000074

Civil Docket for *Gillis v. Kearney, et al.*, 96-409-RRM (D. Del.) ................................ A000079

Petition for Writ of Habeas Corpus filed by Vurnis Gillis in *Gillis v. Kearney, et al.*, 96-409-RRM (D. Del.) ..................................................................................................... A000082

Application to Proceed *In Forma Pauperis* filed by Vurnis Gillis in *Gillis v. Kearney, et al.*, 96-409-RRM (D. Del.) ........................................................................... A000088

Memorandum Opinion of District Judge Roderick McKelvie in *Gillis v. Kearney, et al.*, 96-409-RRM (D. Del.) ............................................................................................. A000089

Civil Docket for *Gillis v. Ko, et al.*, 02-1343-KAJ (D. Del.) .......................................... A000099

Application to Proceed *In Forma Pauperis* filed by Vurnis Gillis in *Gillis v. Ko, et al.*, 02-1343-KAJ (D. Del.) ....................................................................................... A000102

Complaint filed by Vurnis Gillis in *Gillis v. Ko, et al.*, 02-1343-KAJ (D. Del.) ............. A000104

Medication Refusal Forms signed by Vurnis Gillis ............................................................ A000109

Order of Delaware Superior Court Judge Charles Toliver dated March 31, 1999 .......... A000112

Medication Refusal Form of Vurnis Gillis ........................................................................ A000114

Letter from Marylou Blades to Judge Toliver regarding Inmate Vurnis Gillis dated March 24, 2000 ................................................................................................................. A000115

Beebe Medical Center Discharge Summary for Vurnis Gillis dated June 16, 2000........ A000116

Memorandum from James Simms to Deputy Warden Mike Deloy regarding Vurnis Gillis dated August 15, 2000 ............................................................................................ A000117

Important Notice regarding Inmate Vurnis Gillis posted August 15, 2000 ..................... A000118

Letter from Marylou Blades to John Henry regarding Inmate Vurnis Gillis dated March 19, 2001 ................................................................................................................. A000119

Memorandum from Marylou Blades to Guardpost #6 regarding Inmate Vurnis Gillis dated April 11, 2001 ......................................................................................................... A000120

Memorandum from Phyllis E. Harrison to Watch Commander regarding Inmate Vurnis Gillis dated April 12, 2001..................................................................................... A000121

Medication Refusal Form of Vurnis Gillis ........................................................................ A000122

Letter from Olufemi Adesemolu to Georgia Perdue regarding Inmate Vurnis Gillis dated September 28, 2001.................................................................................................. A000123

Medication Refusal Form of Vurnis Gillis ........................................................................ A000124

Letter from Dr. Mitchell Kho to Judge Charles H. Toliver regarding Vurnis Gillis dated October 15, 2001 ..................................................................................................... A000125

Letter from James C. Simms and Daphne Carroll to Judge Charles H. Toliver regarding Inmate Vurnis Gillis dated October 17, 2001................................................ A000126

Medical Records from Kent General Hospital regarding Vurnis Gillis dated October 31 – November 1, 2001 .................................................................................................. A000127

Order of Delaware Superior Court Judge Charles Toliver dated November 6, 2001 ...... A000133

Psychiatric Evaluation of Dr. Mitchell Kho regarding Vurnis Gillis dated August 22, 2002 ................................................................................................................................ A000134

Grievance Report of Vurnis Gillis dated July 17, 2004 ................................................... A000135

Medication Refusal Forms of Vurnis Gillis ..................................................................... A000143

Referral to Delaware Psychiatric Center by Dr. Anthony Cannuli regarding Vurnis Gillis dated April 14, 2006 .............................................................................................. A000158

Delaware Psychiatric Center Nursing Assessment regarding Vurnis Gillis dated May 30, 2006 ........................................................................................................................... A000159

Delaware Psychiatric Center Nursing Assessment regarding Vurnis Jones (a/k/a Vurnis Gillis) dated May 26, 2007 ................................................................................... A000166

Affidavit of Debbie O'Hanlon ......................................................................................... A000173

Affidavit of Stan Taylor ................................................................................................... A000176

Affidavit of Paul Howard ................................................................................................. A000178

Affidavit of Thomas L. Carroll ........................................................................................ A000179

Affidavit of Elizabeth Burris ............................................................................................ A000181

Affidavit of James Simms ................................................................................................ A000183

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VURNIS L. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 04-921-SLR |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned counsel hereby certifies that on September 2, 2008, she caused a true and correct copy of the *Appendix to State Defendants' Opening Brief in Support of Their Motion for Summary Judgment – Filed under Seal* to be served upon the following individual by electronic delivery and first class mail:

Zhun Lu, Esq.
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange Street
Post Office Box 2207
Wilmington, DE  19899

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400