# EXHIBIT A

Case 1:04-cv-00921-SLR   Document 154-2   Filed 09/19/2008   Page 1 of 8

Web   Images   Maps   News   Shopping   Gmail   more ▼                                                                                      Sign in

  Mitchell Kho, M.D.                    Search   Advanced Search
                                                                     Preferences
          Google SafeSearch is ON

Web                              Results **1 - 10** of about **10,400** for **Mitchell Kho, M.D.** with **Safesearch on**. (**0.21** seconds)

### Dr. Mitchell R. Kho, MD, Psychiatry, located in Glen Mills, PA ...
Dr.**Mitchell** R. **Kho**, Psychiatry, Glen Mills, Pennsylvania,(PA), Philadelphia, Pennsylvania,
(PA), Check Doctor reports, ratings, credentials, information, ...
www.healthgrades.com/directory_search/physician/profiles/dr-**md**-reports/Dr-**Mitchell**-**Kho**-
**MD**-F4F84704.cfm - 25k - Cached - Similar pages

### Dr. Mitchell Robert C. Kho, MD, Psychiatry, located in Glen Mills ...
Dr.**Mitchell** Robert C. **Kho**, Psychiatry, Glen Mills, Pennsylvania,(PA), Check Doctor
reports, ratings, credentials, information, background, complaints, ...
www.healthgrades.com/directory_search/physician/profiles/dr-**md**-reports/Dr-**Mitchell**-
Robert-**Kho**-**MD**-4CE36F4E.cfm - 25k - Cached - Similar pages

### Staff - Kelly Counseling & Consulting
**Mitchell** R. **Kho, M.D.** Psychiatry and Internal Medicine. Dr. **Kho** comes from a combined
training program in Psychiatry and Internal Medicine from Albert ...
www.kellycounselingandconsulting.com/staff.htm - 24k - Cached - Similar pages

### Contact Us - Kelly Counseling & Consulting
**Mitchell** R. **Kho, M.D.** Psychiatrist 610-358-2250 Extension 39
MKho@kellycounseling.com. Matthew R. Opesso, M.A.; M.Ed. Therapist 610-358-2250 ...
www.kellycounselingandconsulting.com/contact.htm - 20k - Cached - Similar pages

### Mitchell R Kho - Glen Mills PA - Physicians - (610) 358-2250 ...
Looking for information about **Mitchell R Kho** in Glen Mills PA? Open List offers business
information, reviews, and recommendations about this business and ...
www.openlist.com/glen-mills-pa_**mitchell**-r-**kho**/328313802/ - 71k - Cached - Similar pages

### INTEREST GROUPS SESSIONS
Session Coordinator: **Mitchell** Feldman, **MD**, MPhil, Professor, University of California, ...
Session Coordinator: Abel **Kho**, **MD**, MS, Medical Informatics, ...
www.blackwell-synergy.com/doi/abs/10.1111/j.1525-1497.2006.00476.x - Similar pages
by A Options - 2006

### [PDF] SCHEDULE-A T -A-GLANCE
File Format: PDF/Adobe Acrobat - View as HTML
Consultation Resources For Corrections. Jacqueline Peterson Tulsky, **MD**. Infectious
Disease. I. 130 Know Your Correctional Officers. **Mitchell** Robert **Kho, MD** ...
www.ncchc.org/education/updates/downloads/SAAG.pdf - Similar pages

### Search Acta
... Gerardine **Mitchell**, B. App. Sc. (Medical Technology ), A.S.C, M.A.I.M.S, ... **M.D**, Jenny
**Kho, M.D**, and Tarik M. Elsheikh, **M.D**. Muncie and Indianapolis, ...
www.acta-cytol.com/cgi-bin/search.cgi?zoom_and=1&zoom_cat=-1&zoom_
page=5&zoom_per_page...query... - 19k - Cached - Similar pages

### Kho E C MD PC, Scottsburg IN 47170 -- MerchantCircle.com
MerchantCircle.com -- **Kho** EC **MD** PC of 14 N Carlile Ln, Scottsburg, IN. ... **Mitchell** Hollis
E Dr Find this company on the map. Merchant Ratings ...
www.merchantcircle.com/business/**Kho**.E.C.**MD**.PC.812-752-5847 - 26k -
Cached - Similar pages

**People Search Directory - Find People Mitchell, Kevin - Mitchell, Kim**
**mitchell**, kevin 45 Harwood, **MD** Deale, **MD** Shady Side, **MD** · **mitchell**, kevin 46 Fort Gratiot, MI ..... **mitchell**, **kho** 68 Wichita Falls, TX Sheppard Afb, TX ...
www.reunion.com/people-search-directory/L3/255233 - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Mitchell Kho, M.D.    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google





### Patricia M. Kelly, Ph.D.
**President**
**Licensed Psychologist**

Dr. Kelly holds a Ph.D. in Clinical Psychology and a Masters in Educational Developmental Psychology from Bryn Mawr College, Bryn Mawr, PA.

Dr. Kelly is a frequent presenter at clergy and educational conferences. She is member of the National Pastoral Life Center's, Beginning a Pastorate Program; serves as a Consultor for NOCERCC; and as a Board Member of the Catholic Leadership Institute.

Dr. Kelly works extensively with Religious Communities, Diocese, Parishes, Schools, Businesses and c mission driven organizations in the areas of leadership development, strategic planning and the integ of collaboration as a model of ministry and administration.

Dr. Kelly has a broad experience in conflict resolution within and between professional, ministerial an family groups.

### Ronald J. Karney, Ph.D.
**Director of Assessments and Evaluations**
**Licensed Psychologist**

Dr. Karney has over 30 years of experience in Psychological Testing and Evaluations with a variety of client populations and organizations.

Dr. Karney holds a Doctorate in Clinical Psychology from the University of Memphis. He completed his undergraduate education at Seton Hall University.

Dr. Karney is a member and fellow of many professional organizations and societies, including, the National Register of Health Care Providers in Psychology and is certified in Cli Hypnosis by the American Society of Clinical Hypnosis.

For over 15 years, Dr. Karney has worked primarily with Clergy and Religious of the Catholic Church. has presented numerous workshops on such topics as Professional Boundaries in Ministerial Relations Stress Management, and Emotional and Psychological Well-being.

### Dorothy K. Sayers, Psy.D
**Clinical Director & Licensed Clinical Psychologist**
**Certified School Psychologist**



Dr. Sayers recently graduated from Chestnut Hill College with her doctoral degree in clinical psychology. Dr. Sayers also holds a MA from Immaculata

University in Counseling Psychology and is a PA Certified School Psychologist.

Dr. Sayers' clinical experience includes working with children, adolescents and families in individual a family therapy. Dr. Sayers provides service to her clients in the private practice setting. In addition, s provides consultation and counseling services to a private school.

Dr. Sayers has extensive experience in psychological assessments of children, adolescents and adults has worked primarily in non-public school settings providing psychoeducational assessments. Dr. Say also has experience in providing assessments for men and women entering religious life.

### George F. Collins, Psy.D., M.B.A.
### Licensed Psychologist



George F. Collins, Psy.D., M.B.A. is a graduate of Widener University. He offers a broad range of psychological services, including psychotherapy, assessment, and consultation.

Dr. Collins provides therapy to children, adolescents, and adults. Areas of specialization include work with older adults and chemically addicted adolescents and adults.

Dr. Collins provides consultation to organizations at the individual and systems-level. He is available t coach individuals wishing to acquire specific interpersonal skills, improve personal performance, or br their functioning within an organization.

Assessment services include psycho-educational and personality testing, evaluation of services for at-children, and assessments that support personnel selection and placement within organizations.

### Mitchell R. Kho, M.D.
### Psychiatry and Internal Medicine



Dr. Kho comes from a combined training program in Psychiatry and Internal Medicine from Albert Einstein Medical Center in Philadelphia, PA. He received his fellowship from the Long Island Jewish Medical Center, Long Island, New York in Consultation & Liaison Psychiatry.

Dr. Kho's expertise lies in the interface between medicine and psychiatry. He sees the value of treating the body, mind and soul. His passion is in providing psycho-education and fostering the doctor—client relationship.

Dr. Kho is very much in tune with the psychodynamics of his clients, not only when they are under psychotropic medication, but also when there is treatment collaboration between therapist and psychiatrist.

Dr. Kho speaks Chinese-Mandarin, Chinese-Foo-Kien and Filipino-Tagalog.

### Dr. Carol Armstrong, Ph.D



Dr. Carol Armstrong is a neuropsychologist who is affiliated with the Department of Neurology of the University of Pennsylvania School of Medicine and The Children's Hospital of Philadelphia. Her research interests are in understanding how memory and attention processes are controlled by different brain regions, how emotional problems develop after a brain injury,

the variability of cognition within an individual, as well as brain disorders. Dr. Armstrong has publishe the neuropsychological patterns of normal aging, brain tumors, radiation therapy injury, multiple scle head injury, attention deficit disorder, learning disability, dementia, and ischemic injury. Her work ha been funded by several agencies including the National Institutes of Health, the American Cancer Soc and the Dana Foundation.

Dr. Armstrong has also practiced neuropsychological health care for the past 22 years, with extensive experience in rehabilitation and differential diagnosis. She provides neuropsychological evaluations ar recommendations to adults and children with a variety of diseases and disorders that affect emotion ; cognition.

### *Joan P. Fitzpatrick, Psy.D.*



Joan P. Fitzpatrick, Psy.D. obtained her doctoral degree in clinical psychology from Immaculata University. Dr. Fitzpatrick also holds a Master's degree in Social Work from Temple University.

Her experience in clinical work is varied and includes providing therapy for children, adolescents, and adults. Dr. Fitzpatrick has worked in both private practice settings and in hospital environments, with particular interest in working with patients who are facing chronic illness.

Dr. Fitzpatrick has extensive experience working with individuals faced with women's issues. She has a special interest in working with individuals and couples coping with infertil including associated medical and psychological conditions.

### *Matthew R. Opesso, M.A.*



Matthew Opesso is currently a doctoral candidate in psychology at Widener University's Institute for Graduate Clinical Psychology. Additionally, he holds a Master's degree in Human Sexuality Education from Widener University's Center for Education. Prior to entering Widener, Mr. Opesso received his Bachelor and Master of Arts degree in Forensic Psychology from John Jay College of Criminal Justice where he was involved in the only nationwide study of sexual abuse by Roman Catholic clergy sponsored by the U.S. Conference of Catholic Bishops. Mr. Opesso has served on the Board of Directors for the Association for the Treatment of Sexual Abusers (ATSA) for the past 7 years and is a professional member of MaleSurvivor, an organization dedicated to the treatment of survivors of sexual abuse.

Mr. Opesso comes to Kelly Counseling & Consulting with a broad range of clinical experience working impaired clergy, survivors of torture, chronic mental illness, and sexual addiction. He has also workec variety of settings including residential treatment centers, inpatient hospitals, and outpatient private practice.

### *R. Lauren Whitehead, M.A.*



Lauren Whitehead is a dual-doctoral candidate scheduled to graduate from the Institute for Graduate Clinical Psychology at Widener University and Widener University School of Law in 2009. She earned her Bachelor of Science in Psychology in 2002 at Florida State University, minoring in Spanish and Criminology.

Ms. Whitehead is a Psychology Associate at KCC whose prior experience

includes group and individual therapy with dual-diagnosis inpatients, as well as individual outpatient therapy. She came to this practice to focus on the evaluation of children with autism spectrum disord behavioral problems, and learning disabilities. She has expanded her work to include organizational consultations, psycho-educational evaluations, and vocational assessment for clergy and religious candidates. She has also facilitated institutional training workshops and developed behavioral invento for mental health service providers.

**Associate Staff**

**Neuropsychology:**
Carol L. Armstrong, Ph.D., ABPN

**Psychologists:**
Robert Thornton, OSA, Psy.D

**Psychology Graduate Students:**
Christina Karney, M.A.

**Psychology Pre-Doctoral Intern:**
Lauren Gerstenmaier, B.A.

305 Valleybrook Road • Chester Heights, PA 19017
Copyright © 2008 Kelly Counseling & Consulting and it's licensors. All rights reserved. Site by Big Arrow Up.