# EXHIBIT B

Web   Images   Maps   News   Shopping   Gmail   more ▼                                                                                        Sign in



| Marylou Blades | Search | Advanced Search / Preferences |

Google SafeSearch is ON

Web   Shopping                          Results **1 - 10** of about **43,900** for **Marylou Blades** with **Safesearch** on. (0.64 seconds)

### MaryLou Blades - LinkedIn
View **MaryLou Blades's** professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like **MaryLou Blades** discover ...
www.linkedin.com/pub/3/8a5/a2b - 13k - Cached - Similar pages

### Dell Higher Education Solutions: Dell-based Mary Lou 4 HPCC turns ...
Introduction. Demand for Power · PowerEdge 1855 **Blades** ... The **Mary Lou** 4 supercomputer using Dell technology has given the university the ability to meet ...
www.dell.com/content/topics/global.aspx/sitelets/solutions/industry.../dell_based_mary_lou_4_hpcc_at_byu_514?c... - 32k - Cached - Similar pages

### Writing.Com: Mary Lou's Unwanted Christmas Magic Pt.2
Magic and talking animals help **Mary Lou** fight evil. ... unscheduled and silly, it was usually with her dad, like the time they rented roller **blades**. ...
www.writing.com/main/view_item/item_id/1342220 - 69k - Cached - Similar pages

### Amazon.com: Profile for Mary Lou Mcginn
**Mary Lou** Mcginn's Profile ... Great close shave and the gell is just right.. letting the **blades** glide across you're face Good battery life but why not just ...
www.amazon.com/gp/pdp/profile/AJVPTRLU8MXCF - 102k - Cached - Similar pages

### Mary Lou Pavlovic - Flashdancer - Artwork details at artnet
**Mary Lou** Pavlovic - View available works of art, prices and exhibitions by the artist **Mary Lou** Pavlovic in ... MATERIALS: Children ballettshoes, **blades** ...
www.artnet.com/artwork/31050/310/mary-lou-pavlovic-flashdancer.html - 31k - Cached - Similar pages

### Mary Lou Retton - SI Vault
SHOW: B3: Bikes, Boards, **Blades** EVENT: Men's Street and Park ATHLETE. Dawes Displays His **Mary Lou** Retton Moves. May 03, 2007 ...
vault.sportsillustrated.cnn.com/vault/topic/video/Mary_Lou_Retton/1900-01-01/2100-12-31/1/100/index.htm - 74k - Cached - Similar pages

### French Recipes at BiggerBooks.com - Hattery, Mary Lou; Joan ...
**Mary Lou** Hattery, who has studied cooking in France, compiled a collection of French recipes. ... Boomerangs, **Blades**, and Basketballs: The Science of Sports ...
www.biggerbooks.com/bk_detail.aspx?ISBN=9781932043471 - 44k - Cached - Similar pages

### Buy Prom Night 2 - Hello Mary Lou DVD at www.dvdorchard.com.au ...
dvdorchard - Buy Prom Night 2 - Hello **Mary Lou** DVD Released 8/7/2005 - Australian online retailer of Horror DVDs, ... "**Blades** Of Glory HDS HD-DVD "> ...
www.dvdorchard.com.au/Product.asp?PND=116430&TP=&&CS=1 - 72k - Cached - Similar pages

### SL Exchange Marketplace - *AD* outfit mary lou
*AD* outfit **mary lou**. Very cute and sexy outfit for girl. **Mary Lou** includes: - legwarmers (barbed wire, razor **blades** and buttons) ...
www.slexchange.com/modules.php?name=Marketplace&file=item&ItemID=731595 - 22k - Cached - Similar pages

[PDF] **Mary Lou** Jones Layne Captain, Nurse Corps, U.S. Army 3 Surgical ...
File Format: PDF/Adobe Acrobat - View as HTML
**Mary Lou** Jones Layne. Captain, Nurse Corps, U.S. Army ... Temporary Pile or Heap ), dust was flying everywhere because of the rotor **blades**. I saw where I ...
www.gabc.org/media/documents/layne**marylou**.pdf - Similar pages

## Shopping results for **Marylou Blades**



International Silver **Mary Lou**/Devonshire ...   $79.95 - Replacements.com
International **Mary Lou**/Devonshire 1938 ...   $7.00 - China Replacements
International Silver **Mary Lou**/Devonshire ...   $25.99 - Replacements.com

1 2 3 4 5 6 7 8 9 10    **Next**

·

[Marylou Blades]   [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

# MaryLou Blades

Program Director at Fellowship health resources

Dover, Delaware Area

| | |
|---|---|
| **Current** | • **Program Director at Fellowship health resources** |
| **Education** | • Wilmington College |
| **Connections** | **1** connection |
| **Industry** | Mental Health Care |

## MaryLou Blades's Experience

**Program Director**
**Fellowship health resources**
(Mental Health Care industry)
Currently holds this position

## MaryLou Blades's Education

**Wilmington College**
1994 — 1997